CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PADRE SHIPPING, INC.,

                Plaintiff,

      v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
TRIANGIEN PORTRANS INTERNATIONAL
SHIPPING AGENCY; and,
PROSPER SHIPPING LIMITED,

                Defendants.
-------------------------------------------------------------X

07 CV _____ (___)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff PADRE SHIPPING, INC., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       October 31, 2007

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff
                                      PADRE SHIPPING, INC.

                By: _____
                                      Owen F. Duffy (OD-3144)

George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600 / Fax:  (516) 767-3605