

07 CIV 9682
KENAN,↗

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PADRE SHIPPING, INC.,

               Plaintiff,

      v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
TRIANGIEN PORTRANS INTERNATIONAL
SHIPPING AGENCY; and,
PROSPER SHIPPING LIMITED,

               Defendants.
-----------------------------------------------------------------X

07 CV _____ (____)

**ORDER FOR ISSUANCE
OF PROCESS OF
MARITIME ATTACHMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **10-31-07**

     **NOW**, upon reading the Verified Complaint for issuance of Process of Maritime

Attachment and Garnishment, and the Declarations of Owen F. Duffy, Esq., and the Court finding

that the conditions for an action under Supplemental Admiralty Rule B of the Federal Rules of Civil

Procedure appear to exist, it is this 31st day of October, 2007, by the United States District Court

for the Southern District of New York,

     **ORDERED** that the Clerk shall issue Process of Maritime Attachment and garnishment as

prayed for in the Verified Complaint; and it is further

     **ORDERED** that the Clerk shall issue process of attachment against all assets, accounts,

freights, hire payments, monies, charter hire, credits, effects, CHIPS credits, electronic fund

transfers, payments for bunkers, goods or services, bills of lading, cargo, debts and the like

belonging to or claimed by DefendantsYONG HE SHIPPING, also known as, YONG HE

SHIPPING (HK) LIMITED; TRIANGIEN PORTRANS INTERNATIONAL SHIPPING

AGENCY; and, PROSPER SHIPPING LIMITED, which are in the possession or control of

American Express Bank, Ltd., Bank of America, Bank of China, Bank of New York, Chang Hwa Commercial Bank, ChinaTrust Commercial Bank, Citibank NA, Deutsche Bank, HSBC (USA), JP Morgan Chase Bank, Standard Chartered Bank, UBS AG, Wachovia Bank, Clearing House Interbank Payment System (CHIPS), or any other garnishee within this district, to the amount sued for, **US $814,913.75**, inclusive of interest and costs, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that, pursuant to Rule 4(c)(1), the Process of Maritime Attachment and Garnishment and Verified Complaint may be served by any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP, who is not less than 18 years old, and who is not a party to this action, in addition to the United States Marshall, upon garnishee(s) listed in the Verified Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the Defendants, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee hereafter) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated: New York, New York
October 3/ , 2007

SO ORDERED:

_____
U.S.D.J.

To:
**American Express Bank Ltd.**
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue
10th Floor
New York, New York 10022

**Bank of America**
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue
10th Floor
New York, New York 10022

**Bank of China**
410 Madison Avenue
New York, New York  10017

**Bank of New York**
Legal Department
120 Broadway
19th Floor
New York, New York 10271

**Bank of Tokyo Mitsubishi UFJ, Ltd.**
1251 Avenue of the Americas
New York, New York  10020

**Chang Hwa Commercial Bank Ltd.**
685 3rd Ave
New York, New York  10017-4024

**ChinaTrust Commercial Bank CT**
366 Madison Ave
New York, New York  10017-7110

**Citibank NA**
Legal Service Intake Unit
1 Court Square
7th Floor
Long Island City, New York 11120

**Deutsche Bank Trust Company Americas**
60 Wall Street
New York, New York  10019-6163

**HSBC Bank USA, N.A.**
Legal Processing
452 5th Avenue
New York, New York 10018

**JP Morgan Chase**
Legal Department
1 Chase Manhattan Plaza
20th Floor
New York, New York 10081

**Standard Chartered Bank**
Legal Department
1 Madison Avenue
New York, New York  10010

**UBS AG**
299 Park Avenue
New York, New York 10017

**Wachovia Bank**
11 Penn Plaza
4th Floor

4

New York, New York  10001