CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PADRE SHIPPING, INC.,

                Plaintiff,

      v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
PROSPER SHIPPING LIMITED;
SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD.; AGEAN CARRIERS;
GOLDEN TAI SHIPPING LIMITED, SOUTH
AGEAN SHIPPING; CHANGSHU HOTHEART
INTERNATIONAL SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

                Defendants.
------------------------------------------------------------X

07 CV 9682 (JFK)

**ORDER FOR LEAVE
TO FILE A SECOND
AMENDED COMPLAINT**

      An application having been made by Plaintiff to file a Second Amended Verified Complaint, it is hereby **ORDERED**, that Plaintiff may file a Second Amended Verified Complaint in this matter.

Dated: New York, New York
       December 6, 2007

                                      SO ORDERED:

                                      _John F. Keenan_
                                      Hon. John F. Keenan, U. S. D. J.