CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PADRE SHIPPING, INC.,

       Plaintiff,

                 07 CV 9682 (JFK)

  v.

                 **ATTORNEY'S**
YONG HE SHIPPING, also known as,    **AFFIDAVIT THAT**
YONG HE SHIPPING (HK) LIMITED;    **DEFENDANTS CANNOT**
PROSPER SHIPPING LIMITED;      **BE FOUND WITHIN THE**
SHANGHAI COSFAR SHIPPING      **DISTRICT**
INTERNATIONAL CO. LTD.; AGEAN CARRIERS;
GOLDEN TAI SHIPPING LIMITED, SOUTH
AGEAN SHIPPING: CHANGSHU HOTHEART
INTERNATIONAL SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING.

       Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK  :
           : ss.
COUNTY OF NASSAU   :

  This affidavit is executed by the attorney for the Plaintiff, PADRE SHIPPING,

INC., (hereinafter "PADRE"), in order to secure the issuance of a Summons and Process

of Attachment and Garnishment in the above-entitled, *in personam*, Admiralty cause.

Owen F. Duffy, being first duly sworn, deposes and states:

1. I am a partner of the firm of Chalos, O'Connor & Duffy LLP representing Plaintiff, PADRE, in this case.

2. I have personally inquired or have directed inquiries into the presence of Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED, SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD., AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING in this District.

3. I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of December 4, 2007, the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED, SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD., AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING; are not incorporated pursuant to the laws of New York, is not qualified to conduct business within the State of

New York and has not nominated agents for the service of process within New York because the Secretary of State of the State of New York has no records for the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED, SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY;TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING.

4.    I have inquired of Verizon Telephone Company whether the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING can be located within this District.  The Verizon Telephone Company has advised me that the Defendants do not have any telephone number listings within this District.

5.    I have further consulted with several other telephone directories on the internet, and I have found no telephone listing or address for the Defendants YONG HE

SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and/or, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING within this District.

6. I have further made several searches on the internet with various search engines and maritime websites, and I have found no indication that the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and/or, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING can be found within this District.

7. In that I have been able to determine that the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD. AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and,

LIANYUNGANG FAREAST INTERNATIONAL SHIPPING are not based in the United States of America and that I have found no indication that the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY;TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and/or, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING can be found within this District, I have formed a good faith belief that the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY;TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING do not have sufficient contacts or business activities within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

8. It is my belief, based upon my own investigation that the Defendants YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; AGEAN CARRIERS; GOLDEN TAI SHIPPING

LIMITED, SOUTH AGEAN SHIPPING: CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and/or, LIANYUNGANG FAREAST INTERNATIONAL SHIPPING cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Port Washington, New York
December 6, 2007

                                              CHALOS, O'CONNOR & DUFFY, LLP
                                              Attorneys for Plaintiff,
                                              Padre Shipping, Inc.

By: _____
     Owen F. Duffy (OD-3144)
     George E. Murray (GM-4172)
     366 Main Street
     Port Washington, New York 11050
     Tel:  (516) 767-3600
     Fax:  (516) 767-3605

Subscribed and sworn to before me this
December 6, 2007

_____
Notary Public, State of New York

GEORGE E. MURRAY
Notary Public, State of New York
No. 02MU6108120
Qualified in New York County
Commission Expires April 12, 2008