CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PADRE SHIPPING, INC.,

      Plaintiff,

  v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
PROSPER SHIPPING LIMITED;
SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD.;
AEGEAN CARRIERS SA;
GOLDED TAI SHIPPING LIMITED;
SOUTH AEGEAN SHIPPING;
OLD EASTERN MEDITERRANEAN CO., SA;
CHANGSHU HOTHEART INTERNATIONAL
SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

      Defendants.
------------------------------------------------------------------X

07 CV 9682 (JFK)

**ORDER FOR LEAVE
TO ALLOW THE
FILING OF A THIRD
AMENDED VERIFIED
COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-08

  An application having been made by Plaintiff to file a Third Amended Verified Complaint, it is hereby **ORDERED**, that Plaintiff may file a Third Amended Verified Complaint in this matter.

Dated: New York, New York
   January 7, 2008

               SO ORDERED:

               */s/ John F. Keenan*
               Hon. John F. Keenan, U.S.D.J.