# EXHIBIT 1

# TO SECOND XU NUO DECLARATION IN SUPPORT OF MOTION TO VACATE MARITIME ATTACHMENT

**PORTRANS AGENCY TIANJIN**
WWW.PORTRANS.COM.CN

TEL:+86.22.66282197/98 FAX:+82.22.66282193/94
E-MAIL: OPS@PORTRANS.COM.CN

TO: Kent Shipping China Service Co.       KA: Capt.Xu

FROM: PORTRANS AGENCY TIANJIN             DT: DEC 21ST, 2007

RE: MV AMARYLLIS (FLAG/VANUATU,NRT/3169) LOADING ABT 6,800MT PIPE N ABT 138MT/569CBM EQUIPMENT AT TXG

We are pleased to advice estimated P/D for above vsl with breakdown as follows:

| ITEMS | AMOUNT (RMB) | AMOUNT (USD) | FORMULA |
|---|---|---|---|
| HARBOUR DUES | ¥2,249.99 | $304.05 | NRT X RMB0.71 X 1 TRIP ( LOADING ) |
| PILOTAGE | ¥5,038.71 | $680.91 | NRT X RMB0.53 X 2 ( IN/OUT ) X 1.5 SURCHARGE |
| TUG HIRE | ¥34,560.00 | $4,670.27 | (RMB0.48X(4000HP+4000HP)X3HRS) X 2(IN/OUT) X 1.5 SURCHARGE |
| TALLY FEE | ¥23,404.76 | $3,162.80 | (RMB2.10XPIPE6800MT+RMB0.83X569CBM)X1.5 SURCHARGE + RMB315 + RMB961.35 |
| STEVEDORAGE OF EQUIPMENT | ¥36,985.00 | $4,997.97 | ARD RMB50 X 569CBM X 1.3 SURCHARGE (ESTIMATED) |
| BERTHING CHARGE | ¥316.90 | $42.82 | NRT X RMB0.05 X 2 DAYS ( AT ANCHORAGE ) |
| BERTHING CHARGE | ¥2,186.61 | $295.49 | NRT X RMB0.23 X 3 DAYS ( AT BERTH ) |
| MOORING/UNMOORING | ¥639.00 | $86.35 | RMB 213 X 2 ( IN/OUT ) X 1.5 SURCHARGE |
| QUARANTINE | ¥1,000.00 | $135.14 | ESTIMATED |
| COMMUNICATIONS | ¥1,000.00 | $135.14 | LUMP SUM |
| TRANSPORTATIONS | ¥1,000.00 | $135.14 | LUMP SUM |
| GARBAGE FEE | ¥1,000.00 | $135.14 | ESTIMATED ( COMPULSORY ) |
| SUNDRIES | ¥5,000.00 | $675.68 | ESTIMATED |
| L/S/D OF Equipment | ¥8,535.00 | $1,153.38 | RMB15 X CBM OF Equipment (ESTIMATED, EXCLUDING D-RING) |
| QDA | ¥13,876.00 | $1,875.14 | RMB2.0 X CARGO 6938MT |
| TONNAGE DUES CERT | ¥12,359.10 | $1,670.15 | RATE RMB3.90 X NRT ( IF ANY ) |
| AGENCY FEE | ¥13,531.93 | $1,828.64 | ( RMB1.60 X NRT + RMB3.17 X CARGO 6938MT ) X 50% |
| TOTAL AMOUNT(RMB/USD) | ¥162,683.00 | US$21,984.19 | ROE: 7.40 |

**REMARK:**

1. OUR PDA EXCLUDED ANY OWNER'S EXPENSES, F OR EXAMPLE F/WATER, CREW AND SPARE PARTS CHARGE ETC.

2. IF YOUR VSL HAVE NOT VALID CHINESE TONNAGE DUES CERT ONBOARD, YOUR MUST APPLY NEW TONNAGE DUES

   CERT AT TIANJIN, MINIMUM 30DAYS.

3. BANK ACCOUNT (USD):

BANK OF CHINA TIANJIN FREE TRADE ZONE BRANCH

BANK ADD: NO.88, HAIBIN NINE ROAD, TIANJIN PORT FREE TRADE ZONE, TIANJIN, 300456, P.R.CHINA

A/C NO. 8599-09313808094014         SWIFT CODE: BKCHCNBJ200

BENEFICIARY: TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD.