# EXHIBIT 3

# TO SECOND XU NUO DECLARATION IN SUPPORT OF MOTION TO VACATE MARITIME ATTACHMENT

[Page 1]

# Bonded Area

## Foreign Exchange Registration Certificate

# State Administration of Foreign Exchange Tanggu Center Branch
[seal]

[Page 2]

## Registration Form of Basic Facts of Enterprise
No. 0001631
Certificate No.: No.B00001

Name of Enterprise (affixed by Seal): Tianjin Portrans Int'l Shipping Agency Co. Ltd. (chop)
Enterprise Code: 74665759-4
Address of Enterprise: Suite 1-106-2, No.88 Dong Fang Da Dao, Tianjin Port Bonded Area
Nature of Enterprise: Limited Liability
Person in Contact: Mu Chongtao      Telephone: 62006660      Post Code: 300456
Domestic Investors: Keyun Shipping (Tianjin) Agency Co. Ltd., Fujian Xinan Shipping Co.
LTd., Tianjin Keyun Commerce & Trade Co. Ltd.
Foreign Investors: _____
Date of Industrial and Commercial Registration: January 24, 2003
Sum of Investment: 1.5 million RMB
Registered Capital: 1.5 million RMB include Foreign-invested Capital: _____%
Sum of Investment:

|  | Cash |
|---|---|
| Domestic Investors: | Keyun Shipping (Tianjin) Agency Co. Ltd. 525,000 RMB |
|  | Fujian Xinan Shipping Co. Ltd. 525,000 RMB |
|  | Tianjin Keyun Commerce & Trade Co. Ltd. 450,000 RMB |

| | Equipment | Industrial Assets | Facilities | Others |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| Foreign Investors: | _____ | _____ | _____ | _____ |

Scope of Business: doing shipping agency business at the port of Tianjin for Chinese vessels, foreign vessels, vessels owned by entities approved by Ministry of Communication and self-managed foreign vessels for international container liner service; producing documents, issuing bills of lading, signing contract of carriage, dispatch and demurrage agreement on behalf of carriers , collecting and advancing payments and fees for principals; going through formalities for the arrival and departure of vessels at the port, arranging pilot, berthing, loading, discharging, declaration of Custom, cargo forwarding and transferring; cargo resourcing; ship booking; arranging salvage on the sea and assisting in handling maritime disputes and marine casualties; and other agency service for vessels, cargos and passengers

Person in Charge:          _____
Person in Supervision: _____
 (Seal of Issuing Organ)

(affixed by seal of State Administration of Foreign Currency Tanggu Center Branch)

February 14, 2003

[Page 3]

## Record of Opening Foreign Exchange Account

Account No.: REDACTED

Scope of Receipts: Receipts received from regular business activities conducted within the scope of business

Currency:    U.S. Dollar

Date of Opening:    February 25, 2003

Scope of Expenditure: Expenditure paid for regular business activities conducted within the scope of business and other expenditure paid upon the approval of State Administration of Foreign Exchange

Nature of Account: Settlement Account

Approval Certificate No.:  (2003)Zheng Zi No. (640)

Seal of State Administration of Foreign Exchange

Seal of Bank: (Bank of China Free Trade Zone Branch)

Account No._____

Scope of Receipts:

Currency:    _____

Date of Opening: _____

Scope of Expenditure:

Nature of Account: _____

Approval Certificate No.: _____

Seal of Bank: _____

Seal of State Administration of Foreign Exchange

Account No._____

Scope of Receipts:

Currency:    _____

Date of Opening: _____

Scope of Expenditure:

Nature of Account: _____

Approval Certificate No.: _____

Seal of Bank: _____

Seal of State Administration of Foreign Exchange

[Page 4]

## Inspection Record

| Date of Inspection (Year Month Day) | Situation re Compliance with Rules on Administration of Foreign Exchange | Inspection Opinion | Signature of the Person in Charge | Notes |
|---|---|---|---|---|
| February 25, 2004 | | (chop) | Yang | |
| February 18, 2005 | | (chop) | Yang | |
| March 8, 2006 | 2005 | (chop) | Yang | |
| March 14, 2007 | 2006 | (chop) | Yang | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# 保　税　区

# 外 汇 登 记 证

国家外汇管理局塘沽中心支局

# 企业基本情况登记表　No. 0001631

证号：NO. B00001

| 企业名称(盖章) 天津鑫三国际船舶代理有限公司 | | 企业代码 | 74665759-4 |
|---|---|---|---|
| 企业地址 天津塘沽新区华东大道88号1406-2号 | | 企业性质 | 有限责任 |
| 联系人 李宏涛 | 电话 62006660 | 邮编 300456 | |
| 中方投资者 天津鑫海快(天津)货运有限公司 福建鑫宏运船务有限公司 天津鑫远商贸有限公司 | | 外方国别 | |
| 工商注册日期 2003年 1月 24日 | | 投资总额 | 150万元人民币 |

| 注册资本 | 150万元人民币 | | 其中：外方 | | % |
|---|---|---|---|---|---|

| | | 现　金 | 设　备 | 工业产权 | 场地使用 | 其　他 |
|---|---|---|---|---|---|---|
| 投资总额 | 中方 | 鑫远船务区船代理有限公司 105万元 福建鑫宏运船务代理有限公司 105万元 天津鑫远商贸有限公司 45万元 | | | | |
| | 外方 | | | | | |

| 经营范围 | 在天津新港中国籍国际船舶、货运及沿海捎的船代的不同的国际货运船舶回船载的货代理及其他业务；编制单证、代缴港口各项费用，签订海的代收代付款项，办理船舶进港报告；提供船舶补给、承办货物报关报验，办理与船代的业务相配套货运与同仓单货运，代办集装箱货运；理货、仓储、船务系统的的相关事项 | 经办人： 负责人： | | | | |

(印章：天津外汇管理局塘沽中心)
(发证机关章)
2003年2月10日

# 外汇帐户开户记录

| 帐　　　号 | REDACTED | 保留范围内经常项目的收入, |
|---|---|---|
| 币　　　别 | 美元. | 收入范围 |
| 开户日期 | 2003. 2. 28. | 经营范围内经常项目的支出及经批 |
| 帐户性质 | | 准支出范围的支出. |
| 批准文号 | 0003116076003 | 外汇局章 |
| 银行盖章 | | |

| 帐　　　号 | | |
|---|---|---|
| 币　　　别 | | 收入范围 |
| 开户日期 | | |
| 帐户性质 | | 支出范围 |
| 批准文号 | | |
| 银行盖章 | | 外汇局章 |

| 帐　　　号 | | |
|---|---|---|
| 币　　　别 | | 收入范围 |
| 开户日期 | | |
| 帐户性质 | | 支出范围 |
| 批准文号 | | |
| 银行盖章 | | 外汇局章 |

# 核 证 情 况 记 录

| 核证日期<br>(年、月、日) | 遵守外汇管理<br>法规情况 | 核证意见 | 负责人签字 | 备注 |
|---|---|---|---|---|
| 2004.11.25 | | | 审 | |
| | | | | |
| 2005.11.18 | | | 审 | |
| | | | | |
| 06.38 | 2005 | | 审 | |
| 07.3.14 | 2006 | | 审 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |