# EXHIBIT 4

# TO SECOND XU NUO DECLARATION IN SUPPORT OF MOTION TO VACATE MARITIME ATTACHMENT

## Approval Notice for Opening Domestic Enterprise
## Foreign Exchange Account

Enterprise Code: 7466578704
Foreign Exchange Registration Certificate No.: 0001631
Unit: US Dollar

Applicator: <u>Tianjin Portrans Int'l Shipping Agency Co, Ltd</u>

Person in contact: <u>Mu Chongtao</u>

Mailing Address: <u>Suite 1302, Tower B, Haowei Building, 3rd Ave., Tianjin Developing Zone</u>

Post Code: <u>300457</u>          Telephone: <u>62006660</u>

Paid-up Capital:    <u>RMB 1.5 million</u>    Registered Capital:    <u>RMB 1.5 million</u>

Type of Account:    <u>Settlement Account</u>   Duration of the Account:    <u>One Year</u>

Name of Bank:    <u>Bank of China Developing Zone Branch</u>    Currency: <u>US Dollar</u>
Account No.:    <u>REDACTED</u>
Sum of Maximum Balance: _____
Maximum Balance of this Account: _____

Scope of Receipts and Expenditure approved by SAFE: _____

Scope of Receipts: <u>Payments received from the regular business activities conducted within the scope of business</u>

Scope of Expenditure: <u>Payments made for the regular business activities conducted within the scope of business and the payments made on capital items with approval</u>

Verification Seal affixed by the SAFE where it is registered: _____

Verification Seal affixed by the SAFE where the account is opened: <u>[dated] February 14, 2003 [seal] SAFE Tanggu Office Seal for Business Purpose</u>

Note: _____

This Approval Notice will be valid for 15 days starting from the date of issuance.

# 外商投资企业外汇帐户开户通知书

证资户字（640）号

企业代码：7466 0304  外汇登记证编号：0001631  单位：万美元

| 申请单位 | 天津港国际物流（盖章）发展有限公司 | | 联系人 | 年宗涛 |
|---|---|---|---|---|
| 通讯地址 | 天津碱厂新厂区集成楼302 | 邮编 300457 | | 电话 62006660 |
| 实投资本 | 150万人民币 | 注册资本 | | 150万人民币 |
| 帐户类型 | 结算帐户 | 使用期限 | | 1年 |
| 开户银行 | 保税区中行 | 币别 | | 帐号 |
| | | 美元 | | 093138080940X |
| 最高金额总额 | | | | |
| 本帐户最高金额 | | | | |

### 外汇管理局核定收支范围

| 收入范围 | 经营范围内经常项目的收入。 |
|---|---|
| 支出范围 | 经营范围内经常项目的支出及经批准的资本项目的支出。 |
| 注册地外汇局审核章 | 开户地外汇局审核章 / 备注 |
| | 2003年2月4日 |

通知书自开出之日起十五天有效

第二联 企业留存