# EXHIBIT 8

# TO SECOND XU NUO DECLARATION IN SUPPORT OF MOTION TO VACATE MARITIME ATTACHMENT

[Page 1 Red Cover]

## Bonded Area under Customs Supervision

## Foreign Exchange Registration Certificate

## State Administration of Foreign Exchange Tianjin Branch

128947.06501/85046683v.1

[Page 2]

## Bonded Area under Custom Supervision

## Foreign Exchange Registration Certificate

## State Administration of Foreign Exchange Tianjin Branch
[seal] (State Administration of Foreign Exchange Tianjin Branch)

[Left Side of Page 3]

## Notes

1.  The enterprise must present this Foreign Exchange Registration Certificate (the "Registration Certificate") when it go through foreign exchange formalities.
2.  In case of change of name, address, business scope, stock equity transfer, increase of capital, merger and split after foreign exchange registration, the enterprise shall report to relevant SAFE office accordingly and go through formalities for altering foreign exchange registration on the basis of the relevant materials within 30 days after acquiring altered industrial and commercial business license.
3.  The Registration Certificate shall not be forged, altered, rented, lent, transferred, or sold to other entities.
4.  If the enterprise loses its Registration Certificate, it shall make a statement in the newspaper and report to the State Administration of Foreign Exchange office where it is registered (the "SAFE office") within 5 days after the statement is made. The SAFE office shall re-issue a Registration Certificate based on the statement.
5.  The SAFE office shall conduct annual foreign exchange inspection on the enterprise's Registration Certificate. The annual inspection is scheduled from January 1st to April 30th every year. The Registration Certificate will be valid after the annul inspection and the duration of the validity is one year.

[Right Side of Page 3]

## Registration Form of Basic Facts (to be filled by Enterprise)
Series No. 0001631

The Name of Enterprise (affixed by Seal): <u>Tianjin Portrans Int'l Shipping Agency Co. Ltd.</u>
<u>(chop)</u>                          Enterprise Code: <u>74665759-4</u>

Type of Enterprise (mark V at the application column, others please fill in by writing)
Bonded Areas :        V
Export Goods Manufacture Areas: _____
Bonded Logistics Areas: _____
Bonded Port Terminals: _____
General Bonded Areas: _____
Cross-border Industrial Areas: _____
Others: _____

Nature of Enterprise: <u>Limited Liability</u>
Address of Enterprise: <u>Suite 1-10-2, No.88 Dong Fang Da Dao, Tianjin Port Bonded Area</u>
Post Code: <u>300456</u>
Person in Contact: <u>Zhang Shuying</u>
Telephone: <u>6628-2168</u>
Date of Industrial and Commercial Registration: <u>January 24, 2003</u>
Duration of Business: <u>January 24, 2003-January 23, 2023</u>
Domestic Investors: _____
Foreign Investors: _____
Total Investment: _____    Nationality of Foreign Investors (Area):
Registered Capital: _____    include Foreign-invested Capital:_____
The Methods of Investment:

|  | Currency | Tangible Assets | In-tangible Assets | Facility | Others |
|---|---|---|---|---|---|
| Foreign Investors: | _____ | _____ | _____ | _____ | _____ |
| Domestic Investors: | _____ | _____ | _____ | _____ | _____ |

Scope of Business: <u>doing international shipping agency business at the port of Tianjin ( those</u>
<u>services which are specially regulated by the government will be performed according to the</u>
<u>relevant regulations).</u>

Person in Charge:      <u>Chen Jingsheng</u>
Person in Supervision: <u>Huang Jiagang</u>
(Issuance Organ)

November 13, 2007

[Left Side of Page 4]
## Record for the Alterations of Basic Facts (to be filled by SAFE)

| Date | Alteration Item | Alteration Context | Person in Charge |
|------|-----------------|--------------------|------------------|
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |
|      |                 |                    |                  |

[Right Side of Page 4]

## Status of the Injection of Registered Capital by Enterprise with Foreign Investment
### (to be filled by SAFE)

Date of Inspection           Year  Month  Day      Year Month Day

Name of Domestic Investors

Foreign Investment    Amount _____    _____

                   Source _____    _____

Name of Foreign Investors _____    _____

Currency  Foreign Exchange   Amount _____    _____

                   Source _____    _____

                   Payment Vouchers _____    _____

         RMB          Amount _____    _____

                   Source _____    _____

                   Approval No. _____    _____

Tangible Assets       Amount _____    _____

                   Customs' Clearance No. _____    _____

In-tangible Assets     Amount _____    _____

                   Approval No. _____    _____

Right to Use facilities _____    _____

Others _____    _____

Sum of the Payment _____    _____

Sum of the Accumulated Payments _____    _____

Percentage of Registered Capital _____    _____

Accounting Firm which verify the payment _____    _____

[Left Side of Page 5]

**Status of the Injection of Registered Capital by Enterprise with Foreign Investment**
(to be filled by SAFE)

| | | | Year Month Day | Year Month Day |
|---|---|---|---|---|
| Date of Inspection | | | | |
| Name of Domestic Investors | | | | |
| Foreign Investment | Amount | | | |
| | Source | | | |
| Name of Foreign Investors | | | | |
| Currency  Foreign Exchange | Amount | | | |
| | Source | | | |
| | Payment Vouchers | | | |
| RMB | Amount | | | |
| | Source | | | |
| | Approval No. | | | |
| Tangible Assets | Amount | | | |
| | Customs' Clearance No. | | | |
| In-tangible Assets | Amount | | | |
| | Approval No. | | | |
| Right to Use facilities | | | | |
| Others | | | | |
| Sum of the Payment | | | | |
| Sum of the Accumulated Payments | | | | |
| Percentage of Registered Capital | | | | |
| Accounting Firm which verify the payment | | | | |

[Right Side of Page 5]
## Record of Opening Foreign Exchange Account

Scope of Receipts

Nature of Account: _____
Currency: _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

Name of Bank   Bank of China Co. Ltd. Free Trade Zone Branch
Nature of Account: Settlement Account
Currency:   USD
Account No.: REDACTED
Date of Open: _____
   (to be filled by banks)     Seal of the Bank which the account is opened




Scope of Receipt

Nature of Account: _____
Currency: _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

Name of Bank:_____
Nature of Account: _____
Currency: _____
Account No.: _____
Date of Open: _____
   (to be filled by banks)     Seal of the Bank which the account is opened

[Left Side of Page 6]

## Record of Opening Foreign Exchange Account

Scope of Receipt

Nature of Account: _____

Currency: _____Scope of Expenditure

Duration of Account: _____

Approved Maximum Amount:_____

Approval Certificate No.: _____

   (to be filled by SAFE)      Seal of SAFE

Name of Bank:_____

Nature of Account: _____

Currency: _____

Account No.: _____

Date of Open: _____

   (to be filled by banks)      Seal of the Bank which the account is opened

Date of Opening: _____

Approval Certificate No.: _____

   (to be filled by SAFE)      Seal of SAFE


Scope of Receipt

Nature of Account: _____

Currency: _____Scope of Expenditure

Duration of Account: _____

Approved Maximum Amount:_____

Approval Certificate No.: _____

   (to be filled by SAFE)      Seal of SAFE

Name of Bank:_____

Nature of Account: _____

Currency: _____

Account No.: _____

Date of Open: _____

   (to be filled by banks)      Seal of the Bank which the account is opened

Date of Opening: _____

Approval Certificate No.: _____

   (to be filled by SAFE)      Seal of SAFE

[Right Side of Page 6]

## Record of Opening Foreign Exchange Account

Scope of Receipt

Nature of Account: _____
Currency: _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

Name of Bank:_____
Nature of Account: _____
Currency: _____
Account No.: _____
Date of Open: _____
   (to be filled by banks)    Seal of the Bank which the account is opened
Date of Opening: _____
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

Scope of Receipt

Nature of Account: _____
Currency: _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____ __
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

Name of Bank:_____
Nature of Account: _____
Currency: _____
Account No.: _____
Date of Open: _____
   (to be filled by banks)    Seal of the Bank which the account is opened
Date of Opening: _____
Approval Certificate No.: _____
   (to be filled by SAFE)     Seal of SAFE

[Left Side of Page 7]

## Record of Opening Foreign Exchange Account

Scope of Receipt

Nature of Account: _____
Currency:          _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____
Approval Certificate No.: _____
    (to be filled by SAFE)          Seal of SAFE


Name of Bank:_____
Nature of Account: _____
Currency:          _____
Account No.: _____
Date of Open: _____
    (to be filled by banks)       Seal of the Bank which the account is opened
Date of Opening: _____
Approval Certificate No.: _____
    (to be filled by SAFE)          Seal of SAFE



Scope of Receipt

Nature of Account: _____
Currency:          _____Scope of Expenditure
Duration of Account: _____
Approved Maximum Amount:_____
Approval Certificate No.: _____
    (to be filled by SAFE)          Seal of SAFE


Name of Bank:_____
Nature of Account: _____
Currency:          _____
Account No.: _____
Date of Open: _____
    (to be filled by banks)       Seal of the Bank which the account is opened
Date of Opening: _____
Approval Certificate No.: _____
    (to be filled by SAFE)          Seal of SAFE

[Right Side of Page 7]

## Record of the Re-investment with Profit on Enterprise with Foreign Investment
### (to be filled by SAFE)

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

128947.06501/85046683v.1

[Left Side of Page 8]

**Record of the Re-investment with Profit on Enterprise with Foreign Investment**
(to be filled by SAFE)

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

| Date | | Currency | |
|---|---|---|---|
| Year of Profit Earned | | Amount | |
| Approval No. | | | |
| Name of Enterprise which is invested | | | |
| Name of Enterprise which earns profit | | | |

[Right Side of Page 8]

## Record of the Remittance of Profit on Enterprise with Foreign Investment
(to be filled by banks)

| Date of Remittance | Currency | Amount | Year of Profit Earned | Tax Voucher No. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |



保税监管区域

长江经济工商服务

外经贸易局天津市分局

# 保税监管区域
# 外汇登记证



国家外汇管理局天津市分局

## 基本情况登记表（企业填写）

鲁证0001631

| 企业名称 | | | |
|---|---|---|---|
| 企业代码 | 7746657-4 | | |
| 企业性质 | ☑报关企业 □保税区 □出口加工区 □保税物流园区 □保税港区 □综合保税区 □跨境工业区 | | |
| 企业地址 | | | |
| 邮政编码 | 200056 | | |
| 联系人 | 刘海斐 | | |
| 联系电话 | 616-8-2168 | | |
| 工商注册日期 | 2003.1.24 | | |
| 经营期限 | 2003.1.24—2053.1.25 | | |
| 外商国别（地区） | | 外方 | |
| | 实物 | 无形资产 | 场地使用 其他 |
| 中方投资者 | | | |
| 外方投资者 | | | |
| 投资总额 | | | |
| 注册资本 | 中方 | | |
| | 外方 | | |
| 出资方式 | 货币 | 实物 | 无形资产 场地使用 其他 |
| 经营范围 | | | |

经办人：陈小林   负责人：陈小林

2007年 11月15日 （发证机关）

# 用证须知

一、企业办理外汇业务时，须出具本外汇登记证。

二、企业办理外汇登记手续后，有变更名称、地址、经营范围或者发生股权转让、增资、合并及分立等情况时，应当在办理工商管理登记变更后30个工作日内，将有关材料报送注册地外汇局备案，并办理外汇登记变更手续。

三、企业的外汇登记证不得伪造、涂改，不得出租、转让、出借。

四、企业遗失《登记证》，应当自知道遗失之日起5日内登报发表遗失声明，并在登报声明后5个工作日内向注册地外汇局报告，注册地外汇局凭遗失声明给予补发。

五、外汇局通过外汇年检对《登记证》每年核证一次，时间为每年的1月1日至4月30日，经过核证的《登记证》为有效，其有效期为一年。

## 外商投资企业注册资本到位情况 (外汇局填写)

| 验 资 时 间 | 年 月 日 | 年 月 日 |
|---|---|---|
| 中方投资者名称 | | |
| 外汇出资 金额 | | |
| 外汇出资 来源 | | |
| 外方投资者名称 | | |
| 货币 外汇 金额 | | |
| 货币 外汇 出资凭证 | | |
| 货币 外汇 来源 | | |
| 货币 人民币 金额 | | |
| 货币 人民币 来源 | | |
| 货币 人民币 批准文号 | | |
| 实物资产 金额 | | |
| 实物资产 报关单编号 | | |
| 无形资产 金额 | | |
| 无形资产 批准文号 | | |
| 场地使用权 | | |
| 其他 | | |
| 本次出资合计 | | |
| 累计出资 | | |
| 占注册资本比例 | | |
| 验资会计师事务所 | | |

3

## 基本情况变更记录 (外汇局填写)

| 时间 | 变更事项 | 变更内容 | 经办人 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2

## 外汇账户开户记录

| 外汇局填写 | | 银行填写 | | 备注 |
|---|---|---|---|---|
| 账户性质 | | 银行名称 | | |
| 币种 | | 账户性质 | | |
| 使用期限 | | 币种 | | |
| 最高限额 | | 账号 | *(手写)* 账号待分 伍号 μα | |
| 批准文号 | | 开户日期 | 2005年06月 2015 | |
| 收入范围 | | 开户银行盖章 | | |
| 支出范围 | | | | |
| 外汇局盖章 | | | | |

| 外汇局填写 | | 银行填写 | | 备注 |
|---|---|---|---|---|
| 账户性质 | | 银行名称 | | |
| 币种 | | 账户性质 | | |
| 使用期限 | | 币种 | | |
| 最高限额 | | 账号 | | |
| 批准文号 | | 开户日期 | | |
| 收入范围 | | 开户银行盖章 | | |
| 支出范围 | | | | |
| 外汇局盖章 | | | | |

5

## 外商投资企业注册资本到位情况 (外汇局填写)

| 验资时间 | 年 月 日 | 年 月 日 | 年 月 日 |
|---|---|---|---|
| 中方投资者名称 | | | |
| 外汇出资 金额 来源 | | | |
| 外方投资者名称 | | | |
| 货币 外汇 金额 来源 | | | |
| 人民币 金额 来源 批准文号 | | | |
| 实物资产 金额 报关单编号 | | | |
| 无形资产 金额 批准文号 | | | |
| 场地使用权 | | | |
| 其他 | | | |
| 本次出资合计 | | | |
| 累计出资 | | | |
| 占注册资本比例 | | | |
| 验资会计师事务所 | | | |

4

## 外汇账户开户记录

| 外汇局填写 | 账户性质 | |
| --- | --- | --- |
| | 币种 | |
| | 使用期限 | |
| | 最高限额 | |
| | 批准文号 | |
| | 收入范围 | |
| | 支出范围 | |
| | 外汇局盖章 | |
| 银行填写 | 银行名称 | |
| | 账户性质 | |
| | 币种 | |
| | 账号 | |
| | 开户日期 | |
| | 开户银行盖章 | |
| 备注 | | |

## 外汇账户开户记录

| 外汇局填写 | 账户性质 | |
| --- | --- | --- |
| | 币种 | |
| | 使用期限 | |
| | 最高限额 | |
| | 批准文号 | |
| | 收入范围 | |
| | 支出范围 | |
| | 外汇局盖章 | |
| 银行填写 | 银行名称 | |
| | 账户性质 | |
| | 币种 | |
| | 账号 | |
| | 开户日期 | |
| | 开户银行盖章 | |
| 备注 | | |

7

## 外汇账户开户记录

| 外汇局填写 | 账户性质 | |
| --- | --- | --- |
| | 币种 | |
| | 使用期限 | |
| | 最高限额 | |
| | 批准文号 | |
| | 收入范围 | |
| | 支出范围 | |
| | 外汇局盖章 | |
| 银行填写 | 银行名称 | |
| | 账户性质 | |
| | 币种 | |
| | 账号 | |
| | 开户日期 | |
| | 开户银行盖章 | |
| 备注 | | |

## 外汇账户开户记录

| 外汇局填写 | 账户性质 | |
| --- | --- | --- |
| | 币种 | |
| | 使用期限 | |
| | 最高限额 | |
| | 批准文号 | |
| | 收入范围 | |
| | 支出范围 | |
| | 外汇局盖章 | |
| 银行填写 | 银行名称 | |
| | 账户性质 | |
| | 币种 | |
| | 账号 | |
| | 开户日期 | |
| | 开户银行盖章 | |
| 备注 | | |

6

# 外商投资企业利润再投资记录

（外汇局填写）

| | 币种 | 金额 |
|---|---|---|
| 日期 | | |
| 获利年度 | | |
| 批准文号 | | |
| 投向企业名称 | | |
| 产生利润企业 | | |

| | 币种 | 金额 |
|---|---|---|
| 日期 | | |
| 获利年度 | | |
| 批准文号 | | |
| 投向企业名称 | | |
| 产生利润企业 | | |

| | 币种 | 金额 |
|---|---|---|
| 日期 | | |
| 获利年度 | | |
| 批准文号 | | |
| 投向企业名称 | | |
| 产生利润企业 | | |

| | 币种 | 金额 |
|---|---|---|
| 日期 | | |
| 获利年度 | | |
| 批准文号 | | |
| 投向企业名称 | | |
| 产生利润企业 | | |

| | 币种 | 金额 |
|---|---|---|
| 日期 | | |
| 获利年度 | | |
| 批准文号 | | |
| 投向企业名称 | | |
| 产生利润企业 | | |

9

# 外汇账户开户记录

| 外汇局填写 | 账户性质 | 收入范围 | |
|---|---|---|---|
| | 币种 | | |
| | 使用期限 | 支出范围 | |
| | 最高限额 | | |
| | 批准文号 | | 外汇局盖章 |
| 银行填写 | 银行名称 | | |
| | 账户性质 | | |
| | 币种 | | |
| | 账号 | | |
| | 开户日期 | | 开户银行盖章 |
| 备注 | | | |

| 外汇局填写 | 账户性质 | 收入范围 | |
|---|---|---|---|
| | 币种 | | |
| | 使用期限 | 支出范围 | |
| | 最高限额 | | |
| | 批准文号 | | 外汇局盖章 |
| 银行填写 | 银行名称 | | |
| | 账户性质 | | |
| | 币种 | | |
| | 账号 | | |
| | 开户日期 | | 开户银行盖章 |
| 备注 | | | |

8

## 外商投资企业利润汇出记录（银行填写）

| 汇款日期 | 币种 | 金额 | 获利年度 | 税务凭证编号 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

11

## 外商投资企业利润再投资记录
（外汇局填写）

| 日期 | | |
|---|---|---|
| 获利年度 | | |
| 批准文文号 | | |
| 投向企业名称 | 币种 | 金额 |
| 产生利润企业 | | |

| 日期 | | |
|---|---|---|
| 获利年度 | | |
| 批准文文号 | | |
| 投向企业名称 | 币种 | 金额 |
| 产生利润企业 | | |

| 日期 | | |
|---|---|---|
| 获利年度 | | |
| 批准文文号 | | |
| 投向企业名称 | 币种 | 金额 |
| 产生利润企业 | | |

| 日期 | | |
|---|---|---|
| 获利年度 | | |
| 批准文文号 | | |
| 投向企业名称 | 币种 | 金额 |
| 产生利润企业 | | |

| 日期 | | |
|---|---|---|
| 获利年度 | | |
| 批准文文号 | | |
| 投向企业名称 | 币种 | 金额 |
| 产生利润企业 | | |

10