

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (212) 885-5284
Fax:     (917) 332-3834
Email:   JGreenbaum@BlankRome.com

January 10, 2008

**BY FAX** (212) 805-0220

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312



MEMO ENDORSED

Re:  Padre Shipping, Inc. v.
     Yong He Shipping, et al.,
     07 CV 9682 (JFK)
     Our Ref. No. 128047-06501

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-11-08

Dear Judge Keenan:

We are the attorneys for defendant Tianjin Portrans International Shipping Agency. Further to my conversation today with your Clerk, Mr. Roberts, we are filing today a Supplemental Memorandum and a Second Declaration by Mr. Xu in support of our client's motion to vacate the attachment against it and against funds belonging to our client's customers.

We could not file our papers sooner because it took time to obtain and translate the several relevant Chinese regulations on foreign exchange bank accounts.

I have spoken with Plaintiff's attorney, Mr. Duffy, who understandably will need more time to consider our motion. Therefore, we jointly request that the argument on January 14 be adjourned.

I have also spoken with an attorney, Keith Heard, of Burke & Parsons, who may be retained to intervene on behalf of Golden Pacific Sea (HK) Group Ltd., the party who owns the approximately $500,000 that has been restrained. He will also need time to prepare a motion if he is formally engaged.



Hon. John F. Keenan
January 10, 2008
Page 2

Mr. Duffy and Mr. Heard advise they are generally available during the balance of January. I am available as well, except for January 23 and 31.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

JAG:aea

cc:   By e-mail:
      Owen F. Duffy, Esq. (ofd@codus-law.com)
      Keith W. Heard, Esq. (heard@burkeparsons.com)

```
Oral argument is adjourned to January 30, 2008,
at 10:00 a.m.

SO ORDERED.
Dated:       New York, New York
             January 11, 2008

             _____
                      U.S.D.J.
```

128947.06501/6604137v.1

# BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

2008 JAN 10 PM 4 25

Date: January 10, 2008

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Honorable John F. Keenan United States District Judge | USDC, SDNY | 212-805-0220 (212)805 7911 | |

| From: | Jack A. Greenbaum | | # of Pages: (include cover) | 3 |
|---|---|---|---|---|
| Phone: | (212) 885-5284 | | | |
| Fax: | (917) 332-3834 | | | |
| Email: | JGreenbaum@BlankRome.com | | Client/Matter #: | 128947/06501 |
| Atty No.: | 05026 | | | |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | | Call For Pickup: | x |
| Will Not Follow: | x | Send Interoffice: | |

**COVER MESSAGE:**

PLEASE SEE ATTACHED.

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York, NY 10174-0208
212.885.5000  Fax: 212.885.5001

www.BlankRome.com