**EXHIBIT C**

ANO:M/V PADRE          AP.ΦAΞ :00870763067315        07 OKT 2007 01:57    P6

M/V " PADRE "
MONROVIA

3.4/37

PORT OF : XINGANG
DATE ON : SEP 06TH 2007

Messrs: TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO. LTD

Re:   Master's authorization to charterers' agents to sign bs/l

Dear Sirs,

I, hereby authorize you, as charterers' agents to sign bills of lading for cargo loaded on my vessel at this Port of XINGANG CHINA.

1. All bills of lading signed by you to conform strictly with quantities, descriptions and remarks of the Mate's receipts.

2. Following wording to be typed/written in front page of all bill(s) of landing issued:

"All terms conditions, liberties and exceptions of the c/p dd. 29/08/07 including the law and arbitration clause are herewith incorporated. In the event of a conflict and/or inconsistency between the provisions of the c/p dd: 29/08/2007 and those of the bill(s) of lading, the terms of the c/p are to prevail."

3. All bills of lading to state "weight, measure, quality quantity and value unknown".

4. In the bill(s) of lading describing deck cargo following wording to be typed/written in the front page of the bill(s) of landing:

"Shipped on deck at charterers', shippers', and receivers' risk, expense and responsibility, without liability on the part of the vessel, or her owners for any loss, damage, expense or delay howsoever

ANO:M/V PADRE                AP.ΦAΞ :008707630673l5       07 OKT 2007 01:59    P7

7.5/57

5. No liner, through, transhipment or combined transport bills of lading to be issued and no Hamburg Rules to be incorporated in bills of lading.

6. All remarks regarding the condition of cargo before loading and/or during the loading to be entered in the bills of lading in accordance with mate's receipts, and/or surveyor's report carried out on behalf of the owners and/or ship's statement of condition.

7. B(s)/l to bear the date on which loading of the cargo concerned was completed. Antedated/postdated b(s)/s are not allowed.

8. Bills of lading marked "freight prepaid" not to be released unless you receive instructions from vessel's disponent Owners (Time-Charterers) Messrs Yong he shipping (hk) ltd.

9. This Authority is given to you provided that all mate's receipts, tally clerk's receipts or their equivalents are presented to me for sighting as soon as possible after cargo covered by such receipts is loaded on board the vessel.

Failure to comply with the above, will render the bills of lading null and void as signed without my authority, thus issued by you and for your own account and you will be held liable of the cost of all damages and consequential expenses.

Yours faithfully

..............................
Capt. A. DANDELIS
MASTER

Received by: _____
AS AGENT