AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PADRE SHIPPING, INC.,

    Plaintiff,

- v –

YONG HE SHIPPING, *et al*,

    Defendants.

**APPEARANCE**

Case Number: 07 CV 9682 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TIANJIN PORTRANS INT'L SHIPPING AGENCY CO., LTD.

I certify that I am admitted to practice in this court.

| 1/14/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Jack A. Greenbaum | JG 0039 |
| | Print Name | Bar Number |
| | BLANK ROME, LLP, 405 Lexington Avenue | |
| | Address | |
| | New York,    NY    10174 | |
| | City    State    Zip Code | |
| | (212) 885-5284    (917) 332-3834 | |
| | Phone Number    Fax Number | |