BLANK ROME, LLP
Attorneys for Defendant
TIANJIN PORTRANS INT'L
SHIPPING AGENCY CO., LTD.
Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N. Y. 10174
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PADRE SHIPPING, INC.,

    Plaintiff,

    - v -

YONG HE SHIPPING, et al.

    Defendants.

07 CV 9682 (JFK)

**ORDER TO SHOW CAUSE
WHY ATTACHMENT
SHOULD NOT BE VACATED
AND COMPLAINT DISMISSED**

---

Upon the Declarations of Jack A. Greenbaum, dated December 26, 2007, and of Xu Nuo, dated December 26, 2007 and Zhang Ze Ming, dated December 24, 2007, and Tianjin Portrans International Shipping Agency Co. Ltd's ("Portrans") Memorandum of Law, it is Ordered that Plaintiff Padre Shipping, Inc. show cause before this Court in Courtroom 20C, United States District Court, 500 Pearl Street, New York. N. Y., on ~~January~~ ~~December~~ 3, 2008 at 11:30 ~~a~~m., why an Order should not be entered, pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty on Maritime Claims of the Federal Rules of Civil Procedure, ~~and F.R. Civ. P. Rule 12(b)(6)~~, releasing a restraint of US$558,499.33 transferred by Portrans to Golden Pacific Sea (H.K.) Group Ltd, vacating an order for the issuance of Process of Maritime Attachment and Garnishment against Portrans' funds, ~~dismissing this action as against Portrans~~, and granting Portrans such other and further relief as the Court may deem just and appropriate.

900200.00001/6601179v.1

Service of a copy of this Order and the papers on which it is based by e-mail to Defendants' counsel, Owen F. Duffy and/or George E. Murray and/or Chalos, O'Connor & Duffy, LLP on or before December 31, 2007 at 10 r.m., shall be deemed sufficient.

Dated: New York, New York
December 27, 2007

*John F. Keenan*
United States District Judge