USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PADRE SHIPPING, INC.,

                Plaintiff,

                07 CV 9682 (JFK)

v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
PROSPER SHIPPING LIMITED;
SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD.;
AEGEAN CARRIERS SA;
GOLDED TAI SHIPPING LIMITED;
SOUTH AEGEAN SHIPPING;
OLD EASTERN MEDITERRANEAN CO., SA;
CHANGSHU HOTHEART INTERNATIONAL
SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

                **THIRD ORDER
APPOINTING A
SPECIAL PROCESS
SERVER**

                Defendants.
-----------------------------------------------------------------X

      An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, Esq. sworn to the 4th day of January, 2008, and good cause having been shown, it is hereby

**ORDERED,** that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Third Amended Verified Complaint upon the garnishee(s) listed in the Third Amended Process of Maritime Attachment, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants, YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK) LIMITED, PROSPER SHIPPING LIMITED, SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD., AEGEAN CARRIERS; GOLDED TAI SHIPPING LIMITED, SOUTH AEGEAN SHIPPING; OLD EASTERN MEDITERRANEAN CO., SA; CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY; TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and/or LIANYUNGANG FAREAST INTERNATIONAL SHIPPING.

Dated: New York, New York
       January 9, 2008

SO ORDERED:

_____
Hon. John F. Keenan, U. S. D. J.

2