CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Padre Shipping, Inc.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PADRE SHIPPING, INC.,

                      Plaintiff,

              07 CV 9682 (JFK)

    v.

YONG HE SHIPPING, also known as,      **DECLARATION OF**
YONG HE SHIPPING (HK) LIMITED;      **OWEN F. DUFFY**
PROSPER SHIPPING LIMITED;               **IN OPPOSITION TO**
SHANGHAI COSFAR SHIPPING              **MOTION TO VACATE**
INTERNATIONAL CO. LTD.;                 **THE ATTACHMENT**
AEGEAN CARRIERS SA;
GOLDED TAI SHIPPING LIMITED;
SOUTH AEGEAN SHIPPING;
OLD EASTERN MEDITERRANEAN CO., SA;
CHANGSHU HOTHEART INTERNATIONAL
SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

                    Defendants.
-----------------------------------------------------------------X

      This Declaration is executed by the attorney for the Plaintiff, PADRE SHIPPING in order to set forth, under penalty of perjury, the facts relevant to the Plaintiff's Opposition to the Defendant's Application pursuant to Admiralty Rule 4(E)(f) to Vacate Maritime Attachment.

1

Owen F. Duffy, hereby declares and states:

1.  I am a partner of the firm of Chalos, O'Connor & Duffy, LLP representing Plaintiff, Padre Shipping, Inc. in the above-captioned matter.

2.  I am a member in good standing of Bar of the State of New York, and I am a member of the Bar of this Honorable Court.

3.  I am the attorney who is primarily responsible for the representation of the Plaintiff, Padre Shipping, Inc., in the captioned matter, and I am duly authorized to make this affirmation.

4.  I make this affirmation based on my handling of this matter and from documents and information that have been provided to me by my client, Padre Shipping, Inc., and by its solicitors in the United Kingdom. Most importantly, I make this affirmation based on facts that I have personal knowledge of by reason of my involvement with the filing of suit against Padre Shipping, Inc. in New York, the request to this Court for issuance of Process of Maritime Attachment and the execution of the Process of Maritime Attachment on garnishees, Citibank, N.A. and Wachovia Bank National Association. Where these matters are based upon my own knowledge, they are true and where based upon sources identified within this affirmation, they are true to the best of my knowledge, information and belief.

5.  I make this affirmation, pursuant to Supplemental Admiralty Rule E(4)(f), to show why the attachment of the defendant's property should not be vacated and why the

defendant, Tianjin Portrans International Shipping Agency Co., Ltd.., should not be granted other relief consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims.

6. On December 12, 2007, Citibank N.A. notified my law firm, Chalos, O'Connor & Duffy, LLP, by sending an email to my associate George E. Murray and paralegal Sara Manfro that it had restrained a payment pursuant to the Process of Maritime Attachment and Garnishment in this matter, and further that the payment was "originating from [defendant] Tianjin Portrans International Shipping Agency Co. Ltd. in the amount of $558,449.33." *See*, Exhibit A, attached hereto.

7. On December 6, 2007, Wachovia Bank National Association filed an Answer to Process of Maritime Attachment in this matter in which it stated that in response to the Order of Attachment in this matter, Wachovia Bank National Association had restrained is holding the sum of $22,000.00 out of an Electronic Funds Transfer with the listed "beneficiary" as "TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD." *See*, Exhibit B, attached hereto.

8. Further, on January 14, 2008, Wachovia Bank National Association filed a Supplemental Answer to Process of Maritime Attachment in this matter in which it stated that in response to the Order of Attachment in this matter, Wachovia Bank National Association had restrained is holding an additional sum of $985.00 out of an Electronic Funds Transfer with the listed "beneficiary" as "TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD." *See*, Exhibit C, attached hereto.

I do so declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

Dated:  Port Washington, New York
        January 25, 2008

                                    CHALOS, O'CONNOR & DUFFY LLP
                                    Attorneys for Plaintiff, Padre Shipping, Inc.

                            By:     */s/ Owen F. Duffy / George E. Murray*
                                    Owen F. Duffy (OD-3144)
                                    George E. Murray (GM-4172)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel:    516-767-3600
                                    Telefax: 516-767-3605

# EXHIBIT A

## George Murray

| | |
|---|---|
| **From:** | Mihalik, Mary B [mary.b.mihalik@citi.com] |
| **Sent:** | Wednesday, December 12, 2007 7:46 AM |
| **To:** | Sara Manfro; George Murray |
| **Subject:** | NOTICE OF PAYMENT REC'D BY CITIBANK RE: Padre Shipping, Inc. v. Yong He Shipping, et al.; S.D.N.Y. Index No.: 07 cv 9682 (JFK); Our ref.:500386.012 |

**Importance:** High

Please be advised that Citibank has received a payment originating from **Tianjin Portrans International Shipping Agency Co. Ltd.** in the amount of $558,449.33. We will continue to hold these funds until further notice from you.

**NOTE TO FTN UNIT: Please continue to hold funds....thanks, mary**

```
----Original Tagged start----
XFT811
{1100} Message Disposition
    02P(Production)  (Original) N(Normal)
{1110} Acceptance Timestamp
    1211 1720 FT01
{1120} OMAD
    20071211B1Q8024R006469 1211 1720 FT01
{1510} Type/SubType Code
    16(Settlement Message) 00(Regular Tfr)
{1520} IMAD
    20071211B1Q9121C000689
{2000} Amount
    000055844933
{3100} Sender DI
    026003269BK OF CHINA NYC
{3320} Sender Reference
    071211MS96344600
{3400} Receiver DI
    021000089CITIBANK NYC
{3600} Business Function
    CTR(Customer Transfer)
{3700} Charges
    BUSD156,12
{3710} Instructed Amount
    USD558620,45
{4100} Beneficiary's Bank
    U298375
    CHINA MERCHANTS BANK, HEAD OFFICE
    CHINA MERCHANTS BANK TOWER
    7088 SHENNAN BLVD.
    SHENZHEN, CHINA 518040
{4200} Beneficiary
    DOSA0884518532001
    GOLDEN PACIFIC SEA(H.K)GROUP LTD
{4320} Beneficiary's Reference
    071211MS96344600
{5000} Originator
    D09313808094014
    TIANJIN PORTRANS INTERNATIONAL
    SHIPPING AGENCY CO LTD
```

12/12/2007

```
    B-1403 HAOWEI MANSION NO.8/3RD
    AVENUE TEDA TIANJIN CHINA
{5100} Originator's FI
    D070011000039
    BANK OF CHINA(TJ)
    TIANJIN BRANCH
    JIEFANG BEILU 80,
    TIANJIN, PEOPLE'S REPUBLIC OF CHINA
{5200} Instructing Bank
    D070011000012
    BANK OF CHINA
    HEAD OFFICE,
    1 FUXINGMEN NEI AVE
    BEIJING,100818
{6000} ORG to BNF Info
    OCEAN FREIGHT
{6500} FI to FI Info
    /ACC/ BOC NY LESS COMM USD 15.00 /O
    CMT/USD558620,45/
    ----Original Tagged end----
```

Mary B. Mihalik
GCO-Litigation
Citigroup Markets & Banking
388 Greenwich St. / 17th Floor
New York, NY 10013
Tel:    1-212-816-6182
Fax:   1-866-560-0633
mary.b.mihalik@citi.com

---

**From:** Sara Manfro [mailto:smanfro@codus-law.com]
**Sent:** Tuesday, December 11, 2007 9:30 AM
**To:** Mihalik, Mary B [CMB-GCO]; Corner, Rodd [CMB-GCO]
**Subject:** Padre Shipping, Inc. v. Yong He Shipping, et al.; S.D.N.Y. Index No.: 07 cv 9682 (JFK); Our ref.:500386.012

Dear Ms. Mihalik,

In accordance with the agreed procedure for effecting service of process of the Writ of Attachment against the assets of Defendant in the above-captioned case, we hereby serve the Order for Issuance of the Writ of Attachment and the Process of Maritime Attachment on garnishee Citibank. Please note that in accordance with the Court's Order, service of the Process of Attachment and Garnishment is deemed to be effective and continuous throughout the remainder of the day and continuous through the opening of your next business day.

Please keep us advised if any payments for the Defendants **Yong He Shipping, also known as Yong He Shipping (HK) Limited, Prosper Shipping Limited, Shanghai Cosfar Shipping International Co. Ltd., AGEAN CARRIERS, GOLDEN TAI SHIPPING LIMITED, SOUTH AGEAN SHIPPING, CHONGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY, TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD., and/or LIANYUNGANG FAREAST INTERNATIONAL SHIPPING** are identified.

Best regards,

12/12/2007

George Murray

George E. Murray
Associate
Chalos O'Connor & Duffy LLP
366 Main Street
Port Washington, NY 11050
Phone: 516-767-3600
Fax: 516-767-3925
email: gmurray@codus-law.com

12/12/2007

# EXHIBIT B

ROSNER NOCERA & RAGONE, LLP
110 Wall Street - 23rd Floor
New York, New York 10005
(212) 635-2244
Attorneys for Wachovia Bank, N.A.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PADRE SHIPPING, INC.                                              07-cv-09682 (JFK )

                Plaintiff,

  -against-

YONG HE SHIPPING a/k/a YONG HE SHIPPING
(HK) LIMITED, TRIANGIEN PORTRANS
INTERNATIONAL SHIPPING AGENCY, PROSPER
SHIPPING LIMITED, YONG HE SHIPPING (HK)
LIMITED, SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD., AGEAN CARRIERS,
GOLDEN TAI SHIPPING LIMITED, SOUTH
AGEAN SHIPPING, CHANGSHU HOTHEART
INTERNATIONAL SHIPPING AGENCY, TIANJIN
PORTRANS INTERNATIONAL SHIPPING
AGENCY CO., LTD, and LIANYUNGANG FAREAST
INTERNATIONAL SHIPPING
                Defendants.
-----------------------------------------------------------------X

### ANSWER TO PROCESS OF MARITIME ATTACHMENT BY WACHOVIA BANK NATIONAL ASSOCIATION

Wachovia Bank, National Association ("Wachovia"), as garnishee under a Process of Maritime Attachment dated December 6, 2007, as and for its Answer under FRCP Suppl. Admiralty and Maritime Claims Rule B, sets forth as follows:

In response to the above referenced Order of Attachment, Wachovia has restrained and is holding the sum of $22,000.00 out of an Electronic Funds Transfer in progress in the total amount of $ 22,000.00. The details of such transaction are as follows:

    $ 22,000.00

Date –12/26/2007

Originator - KENT SHIPPING CO LTD KENT BLDG 130 WEN HWA RD SEC 2 WUCHI TAICHUNG TAIWAN, R.O.C.

Originating Bank - FAR EAST NATIONAL BANK LOS ANGELES CA

Beneficiary Bank – BANK OF CHINA TIANJIN BRANCH TIANJIN, CHINA CN

Beneficiary – TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD (A3-1008 TEDA XINTIANDI BUILDING 12 NANHAI

Dated: New York, New York
   December 31, 2007

Yours, etc.,

ROSNER NOCERA & RAGONE, LLP

By: \S\John P. Foudy
   Peter A. Ragone (PR - 6714)
   John P. Foudy (JF-7322)
Attorneys for Wachovia Bank,
National Association
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

To: Chalos, O'Connor & Duffy LLP
  Attorneys for Plaintiff
  366 Main Street
  Port Washington, New York 11050

# EXHIBIT C

ROSNER NOCERA & RAGONE, LLP
110 Wall Street - 23rd Floor
New York, New York 10005
(212) 635-2244
Attorneys for Wachovia Bank, N.A.
-------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PADRE SHIPPING, INC.                                    07-cv-09682 (JFK)

                Plaintiff,

  -against-

YONG HE SHIPPING a/k/a YONG HE SHIPPING
(HK) LIMITED, TRIANGIEN PORTRANS
INTERNATIONAL SHIPPING AGENCY, PROSPER
SHIPPING LIMITED, YONG HE SHIPPING (HK)
LIMITED, SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD., AGEAN CARRIERS,
GOLDEN TAI SHIPPING LIMITED, SOUTH
AGEAN SHIPPING, CHANGSHU HOTHEART
INTERNATIONAL SHIPPING AGENCY, TIANJIN
PORTRANS INTERNATIONAL SHIPPING
AGENCY CO., LTD, and LIANYUNGANG FAREAST
INTERNATIONAL SHIPPING
                Defendants.
-------------------------------------------------------------------X

**SUPPLEMENTAL ANSWER TO PROCESS OF MARITIME ATTACHMENT
BY WACHOVIA BANK NATIONAL ASSOCIATION**

Wachovia Bank, National Association ("Wachovia"), as garnishee under a Process of Maritime Attachment dated December 6, 2007, as and for its Supplemental Answer under FRCP Suppl. Admiralty and Maritime Claims Rule B, sets forth as follows:

In response to the above referenced Order of Attachment, in addition to funds previously identified, Wachovia has restrained and is holding the sum of $985.00 out of an Electronic Funds Transfer in progress in the total amount of $ 985.00. The details of such transaction are as follows:

$ 985.00

Date –1/11/2008

Originator - KONVOY DENIZCILIK LTD.STI YAFACI SK. N:5 IZMIR TR.

Originating Bank - TURKIYE IS BANKASI (ISBANK) HEAD OFFICE ISTANBUL TURKEY

Beneficiary Bank – BANK OF CHINA TIANJIN BRANCH TIANJIN, CHINA

Beneficiary – TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO.,LTD.

Dated: New York, New York
      January 14, 2008

Yours, etc.,

ROSNER NOCERA & RAGONE, LLP

By:  \S\John P. Foudy
      Peter A. Ragone (PR - 6714)
      John P. Foudy (JF-7322)
Attorneys for Wachovia Bank,
National Association
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

To:    Chalos, O'Connor & Duffy LLP
       Attorneys for Plaintiff
       366 Main Street
       Port Washington, New York 11050