金海安（香港）集团有限公司

**GOLDEN PACIFIC SEA (HK) GROUP LIMITED**

---

## Statement

To whom it may concerned:
Dec.24th 2007

I, Golden Pacific Sea (H.K.) Group Ltd. (hereafter "GPS") engaged in business of general trading and maritime transportation, was registered at Jun 2007 in Hongkong S.A.R the People's Republic of China.

At Nov.30th 2007 though our agent Dalian Golden Pacific Sea Int'l transportation Co., Ltd. give an instruction to Tianjin Portrans Int'l Shipping Agency Co., Ltd to collect two ocean freight payments on behalf of GPS. In the amount of US$166,292.884 and US$392,633.61, for cargo loaded on the M/V Fuzhou, Portrans remitted at Dec.11st 2007 as per the bank slip provided from them but the Total amount of US$558,926. were still not coming in our account. We were told from Tianjin Portrans that the amount of freight were attached by our Corr' Bank In New York. Because of Tianjin Portrans was involved in a lawsuit.

As the owner of the property, we state that the amount of US$558,926 belongs to GPS instead of Tianjin Portrans. Tianjin Portrans collected and transferred those amounts on our behalf. It's unreasonable to attach our property. GPS is hereby strongly to ask you to vacate the attachment as soon as possible.

Your sincerely

For and on behalf of
GOLDEN PACIFIC SEA (HK) GROUP LIMITED
金海安（香港）集团有限公司
Zhang Ze ming

*(Authorized Signature(s))*