# EXHIBIT 1
# TO THE DECLARATION OF
# XU NUO

Case 1:07-cv-09882-JFK    Document 37-2    Filed 01/30/2008    Page 2 of 2

# 企业法人营业执照

### CORPORATE BUSINESS LICENSE

注册号 120192100368
REGISTRATION N°

名称 NAME: 天津港远国际船舶代理有限公司
TIANJIN PORT TRANS INTERNATIONAL SHIPPING AGENCY CO. LTD.

住所 PLACE: 天津港保税区东方大道88号1-106-2
TIANJIN PORT FREE TRADE ZONE DONG FANG DA DAO no. 88 unit 1-106-2

法定代表人姓名 NAME OF LEGAL REP: 张祥峰 ZHANG XIANG ZHONG

公司类型 TYPE: 有限责任公司 LIMITED LIABILITY COMPANY

注册资本 REGISTERED CAPITAL: RMB 1.5M
实收资本 PAID-UP CAPITAL: RMB 1.5M

经营范围 BUSINESS SCOPE: 在天津港口岸从事国际船舶代理业务（国家有专项、专营规定的，按规定执行）
Operation of International Shipping Agency business in Tianjin Port (if regulated specifically by the State, then operated according to regulations).

成立日期 Date of Incorporation: 二00三年一月二十四日 24th January 2003

营业期限 Operation Term: 二00三年一月二十四日至二0二三年一月二十三日 24th January 2003 to 23rd January 2023



市工商行政管理局

1st February 2007