# EXHIBIT 2
# TO THE DECLARATION OF
# XU NUO

# INTERNATIONAL SHIPPING AGENCY QUALIFICATION REGISTRATION CERTIFICATE

国际船舶代理登记证书

( 正本 )
ORIGINAL

Company Name:
公司名称

CHINESE (中文)   天津港运国际船舶代理有限公司

ENGLISH (英文)   TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO. LTD

Certificate No: MOC-VA 00497
证书编号:

COMPANY'S PLACE OF REGISTRATION
公司注册地   天津市   TIANJIN CITY

发证机关 ISSUING INSTITUTION

(签) CHOP

DATE OF ISSUE
发证日期: 2005 年 6 月 9 日
           2005  June  9th

经审核,本证载明的公司符合《中华人民共和国国际海运条例》规定的国际船舶代理经营资格条件,准予在中华人民共和国天津口岸从事国际船舶代理业务。

After examination, the Company named on this certificate is in compliance with the International Shipping Agency Qualification Conditions set out in the 《People's Republic of China International Shipping Law》, and is allowed to operate Shipping Agency business in the Tianjin port of the PRC.

本证有效期至 2008 年 6 月 30 日
Valid Until: 2008  June  30th