天津港运国际船舶
代理有限公司

Tianjin Portrans International
Shipping Agency CO., Ltd.

- 安全 *safety*
- 快捷 *speed*
- 细致 *thoughtfulness*
- 规范 *competence*



天津港运国际船舶代理有限公司
Tianjin Portrans International Shipping Agency CO., Ltd.

| | |
|---|---|
| 地 址：天津经济技术开发区南海路12号<br>泰达新天地A座1008 | ADD: A1 1008, TEDA NEW SKYLINE BUSINESS CENTRE,<br>NO.12, NANHAI ROAD, TEDA, TIANJIN, P.R.CHINA |
| 邮 编：300457 | ZIP CODE: 300457 |
| 电 话：+86-22-66282197, 66282198, 66282178 | TEL: 86-22-66282197, 66282198, 66282178 |
| 传 真：+86-22-66282194/66282193 | FAX: 86-22-66282194, 66282193 |
| 电 邮：OPS@PORTRANS.COM.CN | E-MAIL: OPS@PORTRANS.COM |
| 网 址：www.PORTRANS.COM.CN | WEBSITE: www.PORTRANS.COM.CN |
| 高 频：82频道 | VHF: 83 |

# 天津港逵国际船舶代理有限公司
## Tianjin Portrans International Shipping Agency CO., Ltd.

## Business scope

Declaring vessels'schedule to port authority and parties concerned, fill vessels'inward and outward formalitie, arrange pilot, tug-boat, berthing/sailing, inspecting, repairing, hold cleaning, fumigation, cargo trimming, lashing, maritime affairs, on/off hire survey and vsl delivery.

Arrange cargo loading, discharging, supercargo, tally, cargo broker, storage and transsshipment etc; accept space booking, B/L issuing, acting for freight collection and settlement, negotiating about demurrage and dispatch on behalf of owners/charterers/shipper.

Ship's supply such as bunker, fresh water, stores and provisions etc. Handle customs clearance and delivery for spare parts and ship's stores.



-Bunker supply: It can be ordered through our Portrans Agency or by other franchisers overseas, since CHIMBUSCO TIANJIN is the only bunker provider of foreign trabe in bunker. Tanker barge is used strongly by force.

-Fresh water supply: Fresh water can be transmitted by water barge, also can by water pipe of the terminal only if ships were an NO.3 Stevedore Company.

-Spare parts: We can arrange the delivery for the duty-free spare parts in three days when we received arrival notes. The settlement will be charged according to the gross on the AWB. The nearest airport form Xingang port is Binhai International Airport of Tianjin. We need following documents for customs clearance in advance: Airway Bill, Commercial Invoice and Packing List.

-Provision & store supply: For your reference, we'll prefer to the excellent the shipchandler of Tianjin.

-Repairing: There are several Ship Repairing Companies in Tianjin with very comparative price.

-Disposal garbage and oil residues: There are legal and professional companies engaged in disposing garbage and oil residues allowed by Harbour Master. All the procedure concerning on/off-signer at Port of Tianjin can be surely well done with full services for pick-up and their accommodation. Crew repatriation, hospitalization, visit and other relevant business, such as crew relative calling on Tianjin, letters delivery or temporary commitments by the captain. Regarding to crew repatriation, we would like to suggest the flight of the concerned crew being at below two airports, since the nearest airport from Port of Tianjin binhai int'l Airport which takes only tow hours by car, then is Beijing Capital Int'l Airport which takes four hours. At present, on the basis of doing well in the shipping agency business for Tianjin Port, we also pay attention to develop the business relationship with other shipping agencies in major ports of China, and what's more, we will built our own agency network system in the whole nation. Now we guarantee a successful service for our clients in any port of China by exploiting general shipping agency services and owners protecting agent.

地 址：天津经济技术开发区南海路12号泰达新天地A3-1008
邮 编：300457
电 话：+86.22.66282197/66282198/66282178
传 真：+86.22.66282194/66282193
电 邮：OPS@PORTRANS.COM.CN
网 址：www.PORTRANS.COM.CN
高 频：83频道

ADD: A3-1008, TEDA NEW SKYLINE BUSINESS CENTRE, No.12, NANHAI ROAD, TEDA, TIANJIN, P.R.CHINA
ZIP CODE: 300457
TEL: +86.22.66282197, 66282198, 66282178
FAX: +86.22.66282194, 66282193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN
VHF: 83