Case 1:07-cv-09682-JFK    Document 37-5    Filed 01/30/2008    Page 1 of 3

## 管 理 团 队

　　公司各加盟董事均为国际海运物流企业富有经验和良好行业信誉的经理人和管理者，为公司的发展奠定了清醒递进的市场发展和公司管理策略。公司经理人员从事国际船务代理业务操作和管理多年，具有崭新的"双赢"市场开拓理念和前瞻的国际船务规范操作意识，熟知航运法规、行业惯例。各岗位业务组织者年富力强，经航运专业高等教育和长期的航运业务实践历练，从业资质获得相关政府监管机构认证并积累有切实可靠的船务代理操作经验。全公司各个职位的从业人员，以公司服务宗旨为己任，在公司领导层的统一部署下，已形成规范、高效，使顾客满意度不断提升的作业系统。

## management

The directors of Portrans are all managers with rich experiences and great credit in the international shipping market, and they established a clear and onward strategy of marketing and management for the development of Portrans. The managers have engaged in the operation and management of international shipping agency for many years and they all hold innovative marketing conception, insist "win-win" principle and keep far-seeing consciousness of operation standard, regulation and tradition in their minds. All the vigorous staffs win the real and reliable experiences after a long period of advanced education and have already qualified themselves for the shipping agency business by passing governmental supervision examination. Portrans have set up a normative, efficient system to satisfy our clients and achieve success completely under the direct leading of our company's management.

## 质 量 方 针

　　公司服务质量方针：合法经营，向委托方提供安全、快捷、细致规范的个性服务，始终追求双赢效果，保护委托方的合法权益。
　　公司执行9000国际认证标准，实行船舶申报服务管理一体化，调度操作外勤服务一体化，服务进程与结果全程网络数据监督，保证服务质量。

## quality guideline

The quality guideline of our services: we are the legally run company that promise our clients safety, speed, and thoughtfulness in particular services. Our ultimate goal is to purchase a win-win status and devote ourselves in protecting and promoting our clients' interests.
Running business on the standard of ISO9000. We assure you the high quality of our service by integration of ship exit-entry declaration, operation and boarding agent services, as well the supervision on the process and the result of our service by network fully and originally.



*ortrans*

**Tianjin Portrans International Shipping Agency CO., Ltd.**

## 天津港自然条件

多年前天津港还是一个很小的码头，而现在她已发展成为中国乃至世界著名的国际贸易港，为世界各国的文化、经济交流和经济发展作出了巨大的贡献。

位置：新港地处渤海湾西端，东经117°42′05″，北纬38°59′08″

气象：年平均气温12.5°C，七月份气温最高，平均为26.2°C，一月份气温最低，平均为零下4.1°C。

降水：年平均降水量为600毫米，七、八月份雨量较集中，占全年降水量的一半以上

风况：春、秋季为西南风，夏季多为东南风，冬季多为西北风，四、五月份风力较强，八、九月份减弱。常风向为西南，强风向为东北。

## CHARACTERSTICS OF THE PORT

The Port was small many years ago, but she has already developed into a famous international trade port all over China and the world, making great contributions to cultural, economic exchanges and economic developments among countries in the world.

Geological Location: At the westend of the BohaiBay at Latitude 38°59′08″ N and Longitude 117°42′05″E

Weather: Annual average temperature is 12.5°C. The highest temperature is in July, averaging 26.2°C. The lowest temperature is in January with the average temperature of minus 4.1°C.

Rainfall: Annual average is 60mm. Most rainfall is concentrated in July and August, amounting to over half of the year's total.

Wind: Spring and autumn see most southwest wind while southeast wind prevails in summer, and in winter most wind blows from north west. Strong wind is in April and May, weakening in August and September. The wind always blowing from southwest and the strong wind direction is north-west.

天津港的经济腹地有：
北京市、天津市、河北省、山西省、陕西省、甘肃省、青海省、内蒙古、新疆、宁夏自治区、西藏、以及河南省、四川省、山东省的一部分地区。

**The Economic Hinterlands of Tianjin Port:**
Beijing、Tianjin、Hebei、Shanxi、Shanxi、Gansu、Qinghai、Inner Mongolia、Xinjiang、Ningxia、Tibet、Henan、Shandong、Sichuan。

地址：天津经济技术开发区南海路12号新世界大厦A座18层
邮编：300457
电话：+86 22 66287197 66287198 66287175
传真：+86 22 66287194 66287193
E-mail：OPS@PORTRANS.COM.CN
网址：www.PORTRANS.COM.CN

ADD: A1 18/F, CHOI NEW SKYLINE BUSINESS CENTRE
NO. 12, NANHAI ROAD TEDA TIANJIN, P.R. CHINA
ZIP CODE: 300457
TEL: 86 22 66287197 66287198 66287175
FAX: 86 22 66287194 66287193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN

### Tianjin Portrans International Shipping Agency CO., Ltd.

天津港运国际船舶代理有限公司



天津港泊位图

#### 大沽锚地 DAGU ANCHORAGE

**DAGU NORTH ANCHORGE:**
EXCEPT OIL TANKERS, LIQUEFIED CARGO TANKERS AND BULK CHEMICAL TANKERS, ANY VSL WITH DRAFT NOT MORE THAN 10.5M SHALL ANCHOR AT DAGU NORTH ANCHORAGE. DAGU NORTH ANCHORAGE MEANS THE WATER AREAS WITHIN THE JOINT LINE CONNECTING THE FOLLOWING POINTS.

1. 38 59 24 N / 117 58 18 E
2. 38 58 01 N / 118 07 04 E
3. 38 56 57 N / 117 57 39 E
4. 38 55 30 N / 118 06 26 E

**DAGU SOUTH ANCHORAGE.**
ANY OIL TANKERS, LIQUEFIED CARGO TANKERS AND BULK CHEMICAL TANKER WITH DRAFT MORE THAN 8M AND ANY OTHER VSL WITH DRAFT MORE THAN 10.5M SHALL ANCHOR AT DAGU SOUTH ANCHORAGE. DAGU SOUTH ANCHORAGE MEANS THE WATER AREAS WITHIN THE JOINT LINE CONNECTIONG THE FOLLOWING POINTS:

1. 38 55 42 N / 118 01 14 E
2. 38 53 26 N / 118 00 39 E
3. 38 54 54 N / 118 06 15 E
4. 38 52 38 N / 118 05 40 E

**DAGU BULK CHEMICAL ANCHORAGE:**
ANY OIL TANKERS, LIQUEFIED CARGO TANKERS AND BULK CHEMICAL TANKER WITH DRAFT NOT MORE THAN 8M SHALL ANCHOR AT DAGU BULK CHEMICAL ANCHORAGE. DAGU BULK CHEMICAL ANCHORAGE MEANS THE WATER AREAS WITHIN THE JOINT LINE CONNECTING THE FOLLOWING POINTS:

1. 38 55 42 N / 118 01 14 E
2. 38 56 18 N / 117 57 28 E
3. 38 53 26 N / 118 00 39 E
4. 38 54 02 N / 117 56 54 E

**100000DWT ANCHORAGE**
ANY VSL WITH DRAFT MORE THAN 13M CAN ANCHOR AT 100000DWT ANCHORAGE. 100000DWT ANCHORAGE MAEANS THE WATER AREAS WITHIN THE JOINT LINE CONNECTIONG THE FOLLOWING POINTS.

1. 38 51 49.446 N / 118 10 18.033 E
2. 38 49 43.474 N / 118 13 53.163 E
3. 38 48 07.352 N / 118 12 21.132 E
4. 38 50 13.277 N / 118 08 46.034 E

地 址: 天津经济技术开发区南海路12号泰达新天地A3-1008
邮 编: 300457
电 话: +86-22-66282197, 66282198, 66282178
传 真: +86-22-66282194, 66282193
电 邮: OPS@PORTRANS.COM.CN
网 址: www.PORTRANS.COM.CN
宫 频: 83频道

ADD: A3-1008, TEDA NEW SKYLINE BUSINESS CENTRE, No.12, NANHAI ROAD, TEDA, TIANJIN, P.R CHINA
ZIP CODE: 300457
TEL: +86-22-66282197, 66282198, 66282178
FAX: +86-22-66282194, 66282193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN
VHF: 83