天津港远国际船舶代理有限公司
Tianjin Portrans International Shipping Agency CO., Ltd.

ortrans



天津新港
Tianjin xingang Port

ADD: A3 1008, TEDA NEW SKYLINE BUSINESS CENTRE
NO. 12, NANHAI ROAD, TEDA, TIANJIN, P.R.CHINA
ZIP CODE: 300457
TEL: +86 22 66282197, 66282198, 66282179
FAX: +86 22 66282194, 66282193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN
VHF: 53

天津港运国际船舶代理有限公司
Tianjin Portrans International Shipping Agency CO., Ltd.

*ortrans*






地 址：天津经济技术开发区南海路12号泰达新天地A3-1008
邮 编：300457
电 话：+86.22.66282197, 66282198, 66282179
传 真：+86.22.66282194, 66282193
电 邮：OPS@PORTRANS.COM.CN
网 址：www.PORTRANS.COM.CN
高 频：63频道

ADD: A3-1008, TEDA NEW SKYLINE BUSINESS CENTRE
No.12, NANHAI ROAD, TEDA, TIANJIN, P.R. CHINA
ZIP CODE: 300457
TEL: +86.22.66282197, 66282198, 66282179
FAX: +86.22.66282194, 66282193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN
VHF: 83

天津港运国际船舶代理有限公司
Tianjin Portrans International Shipping Agency CO., Ltd. 

## 业务范围

天津港运船代主要从事国际船舶代理及其相关业务，办理船舶进出境手续，安排拖轮引航、船舶靠泊、检验、修理、船舶交接等，安排货物装卸、理货、交接中转、储运，代船公司承揽货载、签发提单、订收运费、代付各种款项和费用，同港方签订滞期、速遣协议和结算，办理燃料、淡水、物料、伙食供应、代购、转送船用备件和物料等，办理船员调换、就医、参观游览以及船公司或船长临时委托办理的其他事项等。在做好天津口岸船舶代理业务的基础上，同时注重发展与其他主要口岸船舶代理公司的横向联合，在全国范围内建立起了自己的代理网络系统，可为客户提供中国主要港口的船舶代理服务。







地 址：天津经济技术开发区南海路12号泰达新兴地A3-1008
邮 编：300457
电 话：+86.22.66282197  66282198  66282178
传 真：+86.22.66282194  66282193
电 邮：OPS@PORTRANS.COM.CN
网 址：www.PORTRANS.COM.CN
船 预：8频道

ADD: A3-1008, TEDA NEW SKYLINE BUSINESS CENTRE
No.12, NANHAI ROAD, TEDA, TIANJIN, P.R.CHINA
ZIP CODE: 300457
TEL: +86.22.66282197  66282198  66282178
FAX: +86.22.66282194  66282193
E-MAIL: OPS@PORTRANS.COM.CN
WEBSITE: www.PORTRANS.COM.CN
VHF: 8)




## 公 司 简 介

天津港运国际船舶代理有限公司是经中华人民共和国交通部批准的，在天津港保税区注册的股份制国际船舶代理企业。

自2003年1月公司成立以来，在国内外各新老客商的大力支持下，船舶代理业务不断发展壮大。公司本着"开拓、创新、合作、双赢"的经营理念，先后与中国国内、香港、台湾、韩国、日本、印度、新加坡、中东、欧洲和南非等国家和地区的船公司建立了良好的长期业务合作关系。目前，公司为大型散货船、大型滚装船、件杂货船、大型油轮、LPG和化学品船、以及教学实习船、大型设备船等各种船舶提供了代理服务，而且滚装船的代理业务量保持在天津港国际船舶代理行业的第一位，件杂货船的代理业务量一直保持在天津港国际船舶代理行业的前三位。

Tianjin Portrans International Shipping Agency CO., Ltd. was registered in Tianjin Port Free Trade Zone in 2003 JAN, which is a joint venture authorized by the ministry of communication of P.R.C.

With the mighty support of our clients and customers, both at home and abroad, we have earned trust and a good reputation from them and made vigorous development. In the spirit of the rational concept: "pioneering, innovation, cooperation and win-win principle", we have established good relationship in a long term with famous and excellent clients either ship owners, operators, charterers or ship managers from China, Hong Kong, Taiwan, moreover, Korea, Japan, India, Singapore, the Middle East, South Africa and Europe etc. We are as their agent while their vessels tendering Tianjin, including break bulk carrier, bulk carriers, Ro/Ro, tankers, LPG and special type ships. Since last year we have been doing our shipping agent services on Ro/Ro in the first place, and maintain our break bulk carriers among third place of Tianjin port.




## 经 营 理 念

港运船代的经营理念是"开拓、创新、合作、双赢"
开拓 ——— 体现出港运船代的企业精神
创新 ——— 代表着港运船代的服务意识
合作 ——— 港运船代的行为指南
双赢 ——— 港运船代与客户共同追求的目的



### Portrans Commitment

The managing concept of Portrans is "Pioneering, Innovation, Cooperation, Win-win principle".

**Pioneering** —— the spirit of Portrans;
**Innovation** —— the service conscious of Portrans;
**Cooperation** —— the guideline of Portrans;
**Win-win principle** —— the pursuing goals both of clients and Portrans.