

# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## About Portrans

**Tianjin Portrans International Shipping Agency CO., Ltd,** was registered in Tianjin Port Free Trade Zone in 2003 JAN, which is a joint venture authorized by the ministry of communication of P.R.C.

With the mighty support of our clients and customers, both at home and abroad, we have earned trust and a good reputation from them and made vigorous development. In the spirit of the rational concept- "pioneering, innovation, cooperation and win-win principle"...

## Business Scope

Portrans is engaged in international shipping agency business and relevant business. Fill vessels' inward and outward formalities, arrange pilot, tug-boat, berthing, inspecting, ship's repairing and delivery/redelivery. Arranging loading, discharging, tally, storage and transshipment etc;



accepting space booking, issue B/L, acting for freight collection and settlement, negotiating about demurrage and dispatch on behalf of owners/charterers. Ship's supply, such as bunker, fresh water, stores and provisions etc. Handle customs clearance and delivery for spare parts and ship's stores. Crew repatriation, hospitalization, visit and other relevant business. Provide agency service for our clients in main ports of China.

C

TI/

AC

ZIF
TE
FA
E-I
VH

ICP NO.05014021

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Together Atelier. This page has beer



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER

## Vessel Business

Declare vessels' schedule to port authority and parties concerned, fill vessels' inward and outward formalities, arrar tug-boat, berthing/sailing, inspecting, repairing, hold cleaning, fumigation, cargo trimming, lashing, maritime affair hire survey and vsl delivery.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Freight Business

Arrange cargo loading, discharging, supercargo, tally, cargo broker, storage and transshipment etc; accept space B/L issuing, acting for freight collection and settlement, negotiating about demurrage and dispatch on b owners/charterers/shipper.

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by:Tog



# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER

## Other Services

All the procedure concerning on/off-signer at Port of Tianjin can be surely well done with full services for pick-up accommodation. Crew repatriation, hospitalization, visit and other relevant business, such as crew relative calling or letters delivery or temporary commitments by the captain. Regarding to crew repatriation, we would like to suggest of the concerned crew being at below two airports, since the nearest airport from Port of Tianjin is Tianjin Binhai Int which takes only two hours by car; then is Beijing Capital Int'l Airport which takes four hours.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Supply Business

Ship's supply, such as bunker, fresh water, stores and provisions etc. Handle customs clearance and delivery f parts and ship's stores.
-Bunker supply: It can be ordered through our Portrans Agency or by other franchisers overseas, since CHIN TIANJIN is the only bunker provider of foreign trade in bunker. Tanker barge is used strongly by force.
-Fresh water supply: Fresh water can be transmitted by water barge, also can by water pipe of the terminal only were at NO.3 Stevedore Company.
-Spare parts: We can arrange the delivery for the duty-free spare parts in three days when we received arrival nc settlement will be charged according to the gross on the AWB. The nearest airport from Xingang port is Binhai Inte Airport of Tianjin. We need following documents for customs clearance in advance: Airway Bill, Commercial Inv Packing List.
-Provision & store supply: For your reference, we'll prefer to the excellent the shipchandler of Tianjin.
-Repairing: There are several Ship Repairing Companies in Tianjin with very comparative price.
-Disposal garbage and oil residues: There are legal and professional companies engaged in disposing garbage residues allowed by Harbour Master.

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by:Tog



# PORTRANS AGENCY TIANJIN

| Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us |

**WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER**

## Introduction

**Tianjin Portrans International Shipping Agency CO., Ltd**, was registered in Tianjin Port Free Trade Zone in 2( which is a joint venture authorized by the ministry of communication of P.R.C.

With the mighty support of our clients and customers, both at home and abroad, we have earned trust and a good re from them and made vigorous development. In the spirit of the rational concept- "pioneering, innovation, coopera win-win principle", we have established good relationship in a long term with famous and excellent clients eit owners, operators, charterers or ship managers from China, Hong Kong, Taiwan, moreover, Korea, Japan, India, Si the Middle East, South Africa and Europe etc. We are as their agent while their vessels tendering Tianjin, includi bulk carrier, bulk carriers, Ro/Ro, tankers, LPG and special type ships. Since last year we have been doing our agent services on Ro/Ro in the first place, and maintain our break bulk carriers among third place of Tianjin port.

By holding the running system of "advantageous start, high standard, and high efficiency", in view of the kind coc with the Port Authority, Harbour Master, Customs office, Immigration, Quarantine, we promise and tailor our se satisfy our customers with seamless solutions to their particular needs in port. We have the good ability to benefit or by providing a package services composed of extensive and high quality network, professional and experienced en and the strict system of quality supervision.

At present, on the basis of doing well in the shipping agency business for Tianjin Port, we also pay attention to dev business relationship with other shipping agencies in major ports of China, and what's more, we have already built agency network system in the whole nation. Now we guarantee do a successful service for our clients in any port by exploiting general shipping agency services and owners protecting agent.

We really appreciate our client, either old or new, feel free to contact with us, and are also expecting to tailor our se satisfy any of you. We promise that the high quality would bring both of our customers and ourselves into prosperity.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by Tog



## PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

### Management

The directors of Portrans are all managers with rich experiences and great credit in the International shipping ma: they established a clear and onward strategy of marketing and management for the development of Portrans. The m have engaged in the operation and management of international shipping agency for many years and they innovative marketing conception, insist "win-win" principle and keep far-seeing consciousness of operation s regulation and tradition in their minds. All the vigorous staffs win the real and reliable experiences after a long ǀ advanced education and have already qualified themselves for the shipping agency business by passing gove supervision examination . Portrans have set up a normative, efficient system to satisfy our clients and achieve completely under the direct leading of our company's management.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Commitment

**Portrans Commitment**

The managing concept of Portrans is "Pioneering, Innovation, Cooperation, Win-win principle".

**Pioneering** --- the spirit of Portrans;

**Innovation** --- the service conscious of Portrans;

**Cooperation** --- the guideline of Portrans;

**Win-win principle** --- the pursuing goals both of clients and Portrans.

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by:Tog


## PORTRANS AGENCY TIANJIN

| Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us |



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER

### Corporation Culture



Boarding agent inspecting ship lashing



Boarding agent on board, supervising cargo loading



Borading agent and the c



Our staff



Our staff



Our staff


Our staff


Our staff


Reception centre


Office corner


Office corner


Office corner


Meeting room


Scenery outside the company


Scenery outside the com

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog