

# PORTRANS AGENCY TIANJIN

| Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us |



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Quality Guideline

- The quality guideline of our services: we are the legally run company that promise our clients safety, spe thoughtfulness in particular services. Our ultimate goal is to purchase a win-win status and devote ourselves in p and promoting our clients' interests.
- Running business on the standard of ISO9000. We assure you the high quality of our service by integration of r entry declaration, operation and boarding agent services, as well the supervision on the process and the result of ou by network fully and originally.
- Legal operation means that all the regulations we have made are essentially based on the current laws of our na company will not take part in any malignant competitions.
- "safety, speed and thoughtfulness" promising that we will fulfill the consigned demands in time. The consigned ins of the ship, crews, goods, documents and all the relative business commitments will not face any loss.
- "competence" means that all of our staffs are competent. We will do our jobs in accordance with the operating pro necessary data will be inputted into the service network, simultaneously shared with shippers.
- "individual service" is aimed at the demands of different clients. we tailor our services to satisfy any of them with s solutions and have different operating process adapting to different ship versions, goods and items to fulfill th 'demands and instructions.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



**PORTRANS AGENCY TIANJIN**

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Exportation

**GENERAL PRINCIPLES**

1. A valid booking agreement contracted with our company).
2. Providing a clear s/o with accurate and right contents.
3. Signing a promissory booking stamp on the s/o.
4. Pls print right transportation nos. in s/o. if none in your s/o, pls declare it in the booking agreement.
5. Ensuring an effective contact way of your contactor in s/o, including tel no., fax no.and the operator's name.
6. Making clear descriptions of the choosed shipping company, shipping date, vessels 'name, voyage no.and port of etc. in s/o.
7. Pls declare the class and UN. No .of the dangerous cargo in accordance with IMDG code, in the case of the booki be the subjected one.

**GUIDANCE OF B/LS' APPLYING**

1. An applying order of defined form is necessary for taking b/ls,, with vessel's name, voyage no.and b/ls' no.
2. Each piece of applying order can only be accepted for the b/ls of the same vessel.
3. The b/l's applying order should be stamped by the promised one
4. Pls make a good record of b/ls you've taken, in avoid of double applying.
5. Expenses and related fees should be paid for the rolled on cargo before applying for b/ls of it.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



## PORTRANS AGENCY TIANJIN

Home    About Portrans    Business Scope    Customer Guide    Press    Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER

## Importation

**IMPORT DOCUMENTATION**
(guide to D/O's release)
*D/O: ab. Of delivery order
1. Full and Valid B/L
Original B/Ls should be issued by the shipping agency of the owner at loading port, and should be marked as "origir
B/L should be in full content and not be illegible.
2. Correct and valid endorsement
Straight B/L should be endorsed by the consignee, order B/L must be endorsed by the shipper, and had better be e
by the holder of the B/L in possible occasion )
3. Consignee's letter of guarantee must be offered for D/O's exchange in the case of the b/l be copy one, and it she
be endorsed by the consignee same as the B/L.
4. References of the vessel's name, voyage no. and other relative information relating to the b/l should be consulte
shipping company before the D/O's exchange, and the contact way should be declared on the b/l, after the ex
please check the D/O carefully according to the b/l, if any unconformity be found, please consult our operator immec

**AMENDMENT OF THE CARGO MANIFEST**
According to the instruction of the shipping company the service of the amendment of the import cargo manifest
offered to our customers.
The documents required for amendment are as follows:
1. Letter of clarification
2. Copy of import cargo manifest
3. Other documents required by customs

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by:Tog



**PORTRANS AGENCY TIANJIN**

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## Download

- REQUEST FOR DEBALLASTING WATER    (Download)
- CREW LIST    (Download)
- GENERAL DECLARATION    (Download)

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by: Tog



# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER:

## General and owner's protecting Agent in China

At present, on the basis of doing well in the shipping agency business for Tianjin Port, we also pay attention to de\ business relationship with other shipping agencies in major ports of China, and what's more, we have already built agency network system in the whole nation. Now we guarantee a successful service for our clients in any port of ( exploiting general shipping agency services and owners protecting agent.

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



## PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us



WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER

| Port Info

### PORT OF TIANJIN

| | |
|---|---|
| Portname | TIANJIN |
| Longitude | 117°42'05"E |
| Latitude | 38°59'08"N |
| Tidal Range | Max 4.37M Average 2.48M |
| Draft Limitation In The Channel | 15.50M |
| Pilot Service | Compulsory. Pilot service is available during 24 hours. Pilot board ve the Dagu anchorage |
| Possibility of Entry or Sailing After Sunset | Possible |
| Tugs and Working Boats | Tugs :32(Max 5000 HP) |
| Floating Crane | 1×120T 1×200T |
| Supply Service | Bunker, Provision and Fresh water supply available at both berth anc anchorage |
| VHF | Channel 16 Service hour 24 hrs Call sign Tianjin Radio |
| Repairing Service | Available |
| Warehouse and Open Storespace | Warehouse 309,097 m² Open Storespace 1,141,897 m² Container Y 132,04 m² |
| Main Import and Export Cargo | General Cargo, Coal, Grain, Ore, Container & Petro-products etc |

| Name | Location |

| | |
|---|---|
| Dagu Anchorage for vessel's DWT over 100,000mt | 38°51'49.446"N 118°10'18.033"E 38°49'43.474"N 118°13'53.163"E 48'07.352"N 118°12'21.132"E 38°50'13.277"N 118°08'46.034"E |
| Dagu North Anchorage for Bulk/GC/Container vessels with draft below 10.5meters | 38°59'24"N 117°58'18"E; 38°58'01"N 118°07'04"E; 38°56'57"N 117° |
| Dagu South Anchorage for Vessels Loaded Dangerous Cargo with Draft Above 8meters and Vessels with Draft Above 10meters | 38°55'42"N 118°01'14"E; 38°53'26"N 118°00'39"E; 38°54'54"N 118°06'15"E; 38°52'38"N 118°05'40"E |
| Dagu Tanker Anchorage for tankers/Bulk chemical Vessels with Draft Below 8meters | 38°55'42"N 118°01'14"E; 38°56'18"N 117°57'29"E; 38°53'26"N 118°00'39"E; 38°54'02"N 117°56'54"E |

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog



# PORTRANS AGENCY TIANJIN

**Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us**

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER;

## Press

| | |
|---|---|
| 📄 OVERTIME SCHEDULE FOR CHINESE LUNAR NEW YEAR HOLIDAY... | [2006-1-27] |
| 📄 Overtime Schedule for National Holiday 2005 OCT... | [2005-9-29] |
| 📄 PORTRANS AGENCY WEBSITE UPDATE... | [2005-9-14] |

First Previous Next Last Now: [1] Page: 1 / 1  Tot

Copyright © 2005 Portrans agency Tianjin All right reserved. Powered by:Tog




# PORTRANS AGENCY TIANJIN

Home | About Portrans | Business Scope | Customer Guide | Press | Contact Us

WE PROVIDE FULL AND PROFESSIONAL AGENCY SERVICES ON BEHALF OF OWNERS, OPERATORS, CHARTERER,

## Links

- MOC, P.R.CHINA
- MSA, P.R.CHINA
- TIANJIN CUSTOMS OFFICES, P.R.CHINA
- TIANJIN CIQ, P.R.CHINA
- PORT OF TIANJIN
- CHINA ASSOCI-ATION OF SHIPPING AGENCY
- CHINA INTERNATIONAL FREIGHT FORWARDERS ASSOCIATION
- CHINA CLASSIFICATION SOCIETY
- INTERNATIONAL MARITIME ORGANIZATION

Copyright © 2005 Portrans agency Tianjin All right reserved.Powered by:Tog