# EXHIBIT 5
## TO THE DECLARATION OF
## XU NUO

发件人:      "Spiliada A.E" <spiliada@otenet.gr>
收件人:      "'Mr.Li Yi (PORTRANS AGENCY)'" <liyi@portrans.com.cn>
抄送:        "'liulei'" <liulei@cosfar.com>; <spiliada@otenet.gr>
发送时间:    2007年8月26日 16:01
附件:        mv afea meridian.xls; MV Afea Certificates.PDF
主题:        RE: tct dely china redely med a/c yong he shipping

,i / Costas

'ls find here after and attached particulars of M/V Afea and M/V El Tango
1at shal call at your port for loading to West Med.
4/V Afea is arriving Xingang on 6-7 September for discharge and there after
he will be delivered to us, we estimate on the 9-10 September.
,s to M/V El Tango she is to be delivered at Shanghai on the 5th of
eptember where she will load for 3-4 Days and there after she will call
,ianyungang to load further and expected time of arrival Xingang is 16-17
eptember 2007.

L TANGO
============================

:x TURQUOISE
3/C STRENGTHENED FR H/CGS
34,700 DWT ON 11,175 MTRS (36' 8") BLT OCT 1983
LIBERIAN FLG / MONROVIA REGISTRY CLASS HIGHEST CCS
SUEZ GRT/NRT 21,500/18,415 (LAST TRANSIT)
LOA/BRDTH/DEPTH 197,60/24,20/15,20 MTRS HO/HA 5/5
MGREGOR HA/COVERS SINGLE PULL
HA/DIMS NO1 13,26X13,46 - 2/3/4/5 19,07X13,46 MTRS
GRAIN 1,639,297 (incl tst)/1,530,188 CBFT (w/out tst)
CBFT BALE 1,440,370 CBFT.
4X25 TNS CRANES WITH 4-9.9 MTRS OUTREACH,
MAX EXTREME BEAM 9,9 MTRS
CO2 FTD - ELVENT 6 A/C
SPEED ABT 13K ON ABT 27 LT IFO 180 CST 2,8 LT MGO,
IDLE/WRKNG 2,8/3,8 LT MGO WHEN MANOUVERING RUNS ON MGO
STRENGTH ON TANKTOP PER SQM: 20MT/SQM - MAIN DECK: 2,80 MT/SQM
M.DECK BETWEEN HATCHES: 2,00 MT/SQM
STRENGTH ON HATCH COVERS PER SQM: 1,50 MT/SQM

LAT FLOOR MEASUREMENT OF CARGO HOLDS AT TANK TOP:

| IOLDS (MTRS) | LENGTH | BREADTH | | HEIGHT (ALL IN |
|---|---|---|---|---|
| lo. 1 | 21.50 | 16.40AFT/10.80 FWD | | 14.60 |
| lo. 2 | 27.30 | 16.40 | 14.60 | |
| lo. 3 | 27.30 | 16.40 | 14.60 | |
| lo. 4 | 27.30 | 16.40 | 14.60 | |
| lo. 5 | 25.70 | 11.50 AFT/16.40 FWD | | 14.60 |

iRAIN/BALE (CUBIC BREAKDOWN OF ALL COMPARTMENTS IN CBM):

| IOLD | GRAIN | BALE |
|---|---|---|
| Io.1 | 235,262 | 222,806 |
| Io.2 | 331,903 | 312,050 |
| Io.3 | 332,221 | 312,332 |

lote: CRAIN CAPACITY EXLUDING TOPSIDE TANKS

'ls provide us with your best PDA for both vsls except Tally charges.

legards

:ostas Kamateros


he Old Eastern Mediterranean Co SA

2, Eolou Street, 175 61 Paleo Faliro,

.thens, Greece

'el: +30 210 92 100 31

'ax: +30 210 92 100 32

:orporate E-mail: eastern@tellas.gr


----Original Message-----
'rom: Mr.Li Yi (PORTRANS AGENCY) [mailto:liyi@portrans.com.cn]
ent: Saturday, August 25, 2007 5:53 PM
'o: Eastern
.ubject: Re: tct dely china redely med a/c yong he shipping

.UG 25TH, 2007

;OOD DAY, DEAR MR.COSTAS

'LS KINDLY ADV US THE NEW VSL'S PARTICULARS ASAP.

'KS/RGDS
4r.Li Yi
)PERATION MANAGER
'ORTRANS SHIPPING AGENCY
4P:+86.13802042813
'EL:+86.22.66282178,66282198
'AX:+86.22.66282194,66282193
)PS E-MAIL: ops@portrans.com.cn
'VT E-MAIL: liyi@portrans.com.cn
'LS ALWAYS SEND MSG TO BOTH E-MAIL
VEB: www.portrans.com.cn
.S AGENT ONLY


----- Original Message -----
'rom: "Eastern" <eastern@tellas.gr>
'o: <liyi@portrans.com.cn>
ent: Tuesday, August 21, 2007 7:46 PM
.ubject: FW: tct dely china redely med a/c yong he shipping

te: MV NAVA ELIZA CALL AT XINGANG

)ear Mr. Li Yi,

Vith reference your message of yesterday regarding the call at
{ingang of MV
'HIOS SUN kindly be advised that vessel changed.

1V NAVA ELIZA will call Xingang for loading steel products and her
1ain
articulars as follows:

mv nava eliza ex mv tetien
flag: cyprus
built september 1984 hayashikane, japan
port of registry: limassol
summer dwt : 40,045
summer draft: 11.26 mtrs
tpc: 47.66 winter dwt : 38,935.30 mt
winter draft : 11.026 mtrs
loa : 190.00 mtrs
beam: 28.80 mtrs
tropical dwt: 41,159.90
tropical draft: 11.494 mtrs
depth: 16.00 mtrs
light displ: 9093.80 mt
grt/nrt international panama  suez
grt        24,705  25,398  24,732.63
nrt        13,560  20,582  21,096.50
5 holds/5 hatches
cargo gear particulars
4 x fukushima electric hydraulic deck cranes serving all holds
swl at max outreach : 30 mt-crane jib length : 25 mtrs

Jnfortunately for the time being we are not able to provide your
ffices
/ith further information.

:everting within next days with vessel's ETA and cargoes which to be
)aded
nboard MV NAVA ELIZA to enable you to proceed with your PD/A and
1formation with berthing and loading operation in Xingang.

'hanking you in advance for your cooperation

{ind regards

'ania Vikatou
'he Old Eastern Mediterranean Co SA

2, Eolou Street, 175 61 Paleo Faliro,

1thens, Greece

'el: +30 210 92 100 31