**EXHIBIT 6
TO THE DECLARATION OF
XU NUO**

Mr.Li Yi (PORTRANS AGENCY)

| | |
|---|---|
| 发件人: | "Mr.Li Yi (PORTRANS AGENCY)" <liyi@portrans.com.cn> |
| 收件人: | "Old Eastern Mediterranean Co. SA" <eastern@tellas.gr> |
| 抄送: | "PORTRANS OPS" <ops@portrans.com.cn>; "Spiliada A.E" <spiliada@otenet.gr> |
| 发送时间: | 2007年10月1日 15:39 |
| 主题: | Fw: MV PADRE BERTHING SCHEDULE |

OCT 1ST, 2007

Tania Vikatou / Liyi

Good day!

Further to our telecom moment ago,

the master of mv padre advd us the vsl can not berthing tonight due to h.owner have not rcvd any money fm charterer.

so, pls kindly adv us your good idea on this matter.

tks/rgds
Mr.Li Yi
OPERATION MANAGER
PORTRANS SHIPPING AGENCY
MP:+86.13802042813
TEL:+86.22.66282178,66282198
FAX:+86.22.66282194,66282193
OPS E-MAIL: ops@portrans.com.cn
PVT E-MAIL: liyi@portrans.com.cn
PLS ALWAYS SEND MSG TO BOTH E-MAIL
WEB: www.portrans.com.cn
AS AGENT ONLY


----- Original Message -----
From: "Mr.Li Yi (PORTRANS AGENCY)" <liyi@portrans.com.cn>
To: <ops@portrans.com.cn>; <tlx.585463661490@IPMSG.COM>
Sent: Monday, October 01, 2007 1:33 PM
Subject: MV PADRE BERTHING SCHEDULE


TO:MV PADRE
FM:PORTRANS AGENCY TIANJIN
DT:OCT 1ST,2007
GOOD DAY,DEAR MASTER
PLS NOTE TT XINGANG PILOT WL ONBOARD AT 1ST/2100LT N YR VSL WL
BERTHING G1 TERMINAL ARD 1ST/2300LT.
PLS ALWAYS KEEP WATCH VHF-09 AND CALL PILOT BY VHF-12 B4 1ST/2000LT.
PLS CFM RCPT OUR MSG BY RETURN.
TKS/RGDS
Mr.Li Yi
OPERATION MANAGER
PORTRANS SHIPPING AGENCY
MP:+86.13802042813
TEL:+86.22.66282178,66282198
FAX:+86.22.66282194,66282193

2007-12-25

OPS E-MAIL: ops@portrans.com.cn
PVT E-MAIL: liyi@portrans.com.cn
PLS ALWAYS SEND MSG TO BOTH E-MAIL
WEB: www.portrans.com.cn
AS AGENT ONLY

2007-12-25