**EXHIBIT 7
TO THE DECLARATION OF
XU NUO**

发件人: "Mr.Li Yi (PORTRANS AGENCY)" <liyi@portrans.com.cn>
收件人: "Eastern" <eastern@tellas.gr>
抄送: "PORTRANS OPS" <ops@portrans.com.cn>; "'zhaolianda'" <zhaold@cosfar.com>
发送时间: 2007年10月5日 21:28
主题: Re: Payment Confirmation

OCT 5TH, 2007

GOOD DAY, DEAR MR.COSTAS

FURTHER TO OUR TELECON AT LAST TIME

PLS KINDLY SEND OCEAN FREIGHT INVOICE AND AUTHORIZATION LETTER OF INITUM MARITIME CORP TO US IN ORDER TO OUR COMPANY ARRANGE REMITTANCE TO THEM UPON BANK OF CHINA OPEN ON 8TH/OCT/2007.

TKS/RGDS
LIYI

----- Original Message -----
From: Mr.Li Yi (PORTRANS AGENCY)
To: Eastern
Cc: PORTRANS OPS ; 'zhaolianda'
Sent: Wednesday, October 03, 2007 2:21 PM
Subject: Re: Payment Confirmation

OCT 3RD, 2007

GOOD DAY, DEAR MR.COSTAS

WE ALREADY SENT BELOW MSG TO YOUR NOMINATED E-MAIL ADDRESS AS PER YOUR REQUIRED.


REGARDING ARRANGE REMITTANCE TO INITUM MARITIME CORP

OUR COMPANY AS A SHIPPING AGENCY COMPANY ONLY CAN REMIT OCEAN FREIGHT TO OUR CLIENT AGAINST OUR CLIENT'S OCEAN FREIGHT INVOICE AND AUTHORIZATION LETTER. THIS MEANS IS WE NEED OCEAN FREIGHT INVOICE AND AUTHORIZATION LETTER FM INITUM MARITIME CORP IN ADVANCE, AND THEN WE JUST CAN ARRANGE REMITTANCE TO THEM.

STATE ADMINISTRATION OF FOREIGN EXCHANGE(SAFE) OF CHINA ALWAYS CHECK OCEAN FREIGHT INVOICE, AUTHORIZATION LETTER AND B/L COPY IN FIRSTLY. WE CAN ARRANGE REMITTANCE AFTER SAFE APPROVAL OUR REQUIRE OF REMTTANCE.

PLS KINDLY ADV US YOUR GOOD IDEA ON THIS MATTER.

TKS/RGDS
Mr.Li Yi
OPERATION MANAGER
PORTRANS SHIPPING AGENCY
MP:+86.13802042813
TEL:+86.22.66282178,66282198
FAX:+86.22.66282194,66282193
OPS E-MAIL: ops@portrans.com.cn
PVT E-MAIL: liyi@portrans.com.cn
PLS ALWAYS SEND MSG TO BOTH E-MAIL
WEB: www.portrans.com.cn
AS AGENT ONLY



----- Original Message -----
From: Eastern
To: 'Mr.Li Yi (PORTRANS AGENCY)'
Cc: 'zhaolianda'

2007-12-25

Sent: Tuesday, October 02, 2007 11:20 PM
Subject: Re: Payment Confirmation

Dear Mister Li Yi,

Kindly send the following message tomorrow morning to the following address: initium@initium.gr with copy to chartering@gochartering.gr and copy to us eastern@tellas.gr and with the following text:

QUOTE

TO: MESSRS INITIUM MARITIME CORPORATION, ATHENS
ATTN: MISTER M.PIPERAKIS
C.C.: MESSRS G.O. CHARTERING INC.,ATHENS
C.C.: MESSRS THE OLD EASTERN MEDITERRANEAN CO.S.A., ATHENS

DEAR SIRS,

THIS IS TO CONFIRM THAT AS PER INSTRUCTIONS RECEIVED BY OUR PRINCIPALS, THE OLD EASTERN MEDITERRANEAN CO. SA, WE HAVE ARRANGED PAYMENT OF US $ 388 825 TO THE FOLLOWING ACCOUNT

BANK OF CYPRUS
SHIPPING BRANCH
137, FILONOS STREET, PIRAEUS, GREECE.
SWIFT CODE: BCYPGRAA
ACCT NO: 15228131
BENEFICIARY: INITIUM MARITIME CORP.
USA CORRESPONDENSE: JP MORGAN CHASE BANK
REF: M/V PADRE/YHS

UNFORTUNATELY THE ABOVE PAYMENT WILL ONLY BE EXECUTED BY OUR BANK ON THEIR OPENING AFTER THE LONG HOLIDAYS PERIOD IN CHINA FROM THE 1ST TILL THE 8TH OF OCTOBER.
UPONN ITS EXECUTION WE SHALL PROVIDE YOU WITH THE RELEVANT BANK SLIP FOR YOUR PERUSAL AND TRACING OF FUNDS.

BEST REGARDS


**PORTRANS AGENCY TIANJIN**

**TEL: +86.22.66282197, 66282198, 66282178   FAX: +86.22.66282194, 66282193**

**OPS. E-MAIL:** ops@portrans.com.cn

**ADD: A3-1008, TEDA NEW SKYLINE BUSINESS CENTRE, No.12, NANHAI ROAD, TEDA, TIANJIN, P.R.CHINA   ZIP CODE: 300457**

**WEBSITE:** www.portrans.com.cn


UNQUOTE

The above amount you will pay out of the freights to be collected from the invoice of coils loaded at Changshou, Mister Zhao Lianda reading in copy may confirm the above to you.
Your prompt action shall be highly appreciated

2007-12-25

Best Regards

Costas Kamateros

The Old Eastern Mediterranean Co SA
22, Eolou Street, 175 61 Paleo Faliro,
Athens, Greece
Tel: +30 210 92 100 31
Fax: +30 210 92 100 32
Corporate E-mail: eastern@tellas.gr