**EXHIBIT 8
TO THE DECLARATION OF
XU NUO**

## SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **PADRE** | Shiptype | **Bulk Carrier** |
| Year of Build | **1983** | LR/IMO Ship No. | **8107555** |
| Gross Tonnage | **20,616** | Deadweight | **34,698** |
| MMSI No. | **636010823** | Call Sign | **ELVB9** |
| Status | **In Service/Commission** | Flag | **Liberia** |
| Last Updated | **2007-08-28** | Data validated | |

## OWNERSHIP

| | | | | | |
|---|---|---|---|---|---|
| Group Owner | **Initium Maritime Corp** | Location | **Greece** | | |
| Shipmanager | **Initium Maritime Corp** | Location | **Greece** | | |
| Operator | **Initium Maritime Corp** | Location | **Greece** | | |
| DOC Company | **Unknown** | Location | | IMO Company No (DOC) | |
| Registered Owner | **Pangratium Maritimum Inc** | Location | **Greece** | IMO Registered Owner No | **5010028** |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC | Price |
|---|---|---|---|---|---|---|---|---|
| 2007-08 | PADRE | | | | | | | |
| 2006-06 | | | Initium Maritime Corp | | | | | |
| 2005-06 | | | | Initium Maritime Corp | Initium Maritime Corp | | | |
| 2003-03 | | | Alon Maritime Corp | | | | | |
| 2001-11 | El Tango | | Unknown | Alon Maritime Corp | Alon Maritime Corp | Pangratium Maritimum Inc | | |
| 1999-03 | | | Oceanbulk Maritime SA | | | | | |
| 1999-01 | | | Unknown | | | | | |
| 1998-11 | Turquoise | | | Combine Marine Inc | Combine Marine Inc | Turquoise Maritime | | |
| 1997-08 | Perseus | Liberia | | Pankar Maritime | Pankar Maritime | Scarlet Crescent Seacarriers | | |
| 1997-07 | | | | | | | | $7,750,000 |
| 1997-06 | | | Architug Shipping Shanghai | | | | | |

| Date | Name | Flag | Owner | Manager | Price |
|---|---|---|---|---|---|
| 1990-06 | | | Haixing Shipping | | |
| 1989-00 | Hua Peng | China, People's Republic Of | | Shanghai Haixing Shipping | |
| 1989-06 | | | Elmar Shipping | | |
| 1989-05 | | | | | $12,500,000 |
| 1983-10 | Free Spirit | | | | |
| 1900-01 | | | | Alon Maritime Corp (Greece) | |

Originally Free Spirit

## TECHNICAL MANAGEMENT

| Technical Manager | **Alon Maritime Corp** | Date | **2003-11-01** | Location | **Greece** |
|---|---|---|---|---|---|

© 2007 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.