# EXHIBIT 9
# TO THE DECLARATION OF
# XU NUO

# 国 际 海 运 业 船 舶 代 理 专 用 发 票
## SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 212000772021
Invoice Code

## 记 帐 联
### ENTRY

发票号码 00017321
Invoice Number

| | 开票日期<br>DATE ISSUED | | 开户银行<br>BANK |
|---|---|---|---|
| 航次<br>VESSEL/VOY. | 到(离)港日期<br>DATE ARRIVAL (SAILED) | | 帐 号<br>BANK ACCOUNT |
| 启运地<br>ORIGIN | 装船港<br>LOAD PORT | 卸船港<br>DIS. PORT | 目的地<br>DESTINATION |

| 提单号<br>B/L NO. | 费用明细<br>DETAILS OF CHARGE | 数量<br>QUANTITY | 费率<br>RATE | 金额<br>AMOUNT CHARGED | 备注<br>REMARKS |
|---|---|---|---|---|---|
| | 海运费 | | | | |

| 金额合计(大写)<br>TOTAL IN CAPITAL | | 合 计<br>LUMP SUM | |
|---|---|---|---|

| 企业签章<br>BUSINESS SEAL | 营业执照号<br>BUSINESS LICENSE NO. | 经手人<br>ISSUED BY<br>(手开无效) | 复核<br>CHECKED BY |
|---|---|---|---|
| 地址<br>ADDRESS | 税务登记号<br>TAX REGISTRY NO. | HAND WRITING NULL AND VOID. | |
| 电话<br>TEL | | | |

---

5990931380809401 4

USD :   420,567.21         0.000000              USD:    420,567.21

TE0010700303547

发报行 :40303    上海市分行
20 场编号 :
汇出日期 :2007-09-30              21 场编号 :
汇款人账号 :001117809180910 14    汇出编号 :303074
汇款人名称 :上海通中国际船务代理有限公司

付款详情 :B245030307444730

附 言 :转保税区 321

我行已登记贷账账号 :59909313808094014
天津港运国际船舶代理有限公司

