# EXHIBIT 10
# TO THE DECLARATION OF
# XU NUO

APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

日 期 Date: _____

☑ 电汇 T/T  ☐ 票汇 D/D  ☐ 信汇 M/T   发电等级 Priority: ☑ 普通 Normal  ☐ 加急 Ur

| | | | |
|---|---|---|---|
| 申报号码 BOP Reporting No. | | | |
| 20 | 银行业务编号 Bank Transac. Ref.No | 7721B3?PS1/?? | 收电行/付款行 Receiver/Drawn on: Bank of China Tianjin Free Trade Zone B. |
| 32A | 汇款币种及金额 Currency & Interbank Settlement Amount | USD 388825.?? | 金额大写 Amount in Words: |
| 其中 | 现汇金额 Amount in FX | USD 388825.?? | 账号 Account No./Credit Card No. 8599-0931380809401? |
| | 购汇金额 Amount of Purchase | | 账号 Account No./Credit Card No. |
| | 其他金额 Amount of Others | | 账号 Account No./Credit Card No. |
| 50a | 汇款人名称及地址 Remitter's Name & Address | Tianjin portrans international shipping agency co ltd. A3-1008, TEDA Xinlandi Building, no.12 Nanhai Road, TEDA, Tianjin China. | |

☑ 对公 组织机构代码 Unit Code: 24565757   ☐ 对私 个人身份证件号码 Individual ID NO.   ☐ 中国居民个人 Resident Individual  ☐ 中国非居民个人 Non-Resident I

| 54/56a | 收款银行之代理行名称及地址 Correspondent of Beneficiary's Bank Name & Address | Correspondent bank: JP MORGAN CHASE BANK SWIFT CODE:CHASUS33 |
| --- | --- | --- |
| 57a | 收款人开户银行名称及地址 Beneficiary's Bank Name & Address | Ben' Bank: BANK OF CYPRUS SHIPPING BRANCH, PIRAEUS 137, FILONOS STREET, PIRAEUS 185 36, GREECE.CIF:869325 SWIFT CODE:BCYPGRAA  ACCT NO: 1S22813I |
| 59a | 收款人名称及地址 Beneficiary's Name & Address | Bene's A/C No. IBAN:GR31 0730 7020 0000 0015 2281 3I INITIUM MARITIME CORP. |

70: 只限140个字位 Not Exceeding 140 Characters    71A: 国内外费用承担 All Bank's Charges If Any Are To Be Bor ☐ 汇款人 OUR  ☑ 收款人 BEN

收款人常驻国家（地区）名称及代码 Resident Country/Region Name & Code: ___ 30?

请选择: ☐ 预付货款 Advance Payment  ☐ 货到付款 Payment Against Delivery  ☐ 退款 Refund  ☐ 其他 Others   最迟装运日期

| 交易编码 BOP Transac. Code | 2?????? | 相应币种及金额 Currency & Amount | USD 388671.?? | 交易附言 Transac. Remark | 进口?????? |

是否为进口核销项下付款  ☐ 是  ☐ 否    合同号: ___    发票号: ___

外汇局批件/备案表号: ___    报关单经营单位代码: ___

| 报关单号 | | 报关单币种及总金额 | | 本次核注金额 | |
| 报关单号 | | 报关单币种及总金额 | | 本次核注金额 | |

申 请 人 签 章 Applicant's Signature

| RMB Equivalent | | Conditions Overleaf |
| 手续费 Commission | | |
| 电报费 Cable Charges | | |
| 合计 Total Charges | 411353 | |
| 支付费用方式 In Payment of the Remittance | ☐ 现金 by Cash  ☐ 支票 by Check  ☐ 账户 from Account | 申请人姓名 Name of Applicant: ___ 电话 Phone No.: 6628 2181 |
| | | 核准人签字 Authorized Person 日期 Date |

H 365?786

填写前请仔细阅读各联背面条款及填报说明
Please read the conditions and instructions overleaf before filling in this application