**EXHIBIT 11**
**TO THE DECLARATION OF**
**XU NUO**

```
{1:F21BKCHCNBJA2001565072970}{4:{177:0710081651}{451:0}{108
...eader            F 01 BKCHCNBJA200 1565 072970
...cation Header    I 103 BKCHUS33XXXX N
                          *BANK OF CHINA
                          *NEW YORK, NY
User Header          Service Code     103:
                     Bank. Priority   113:
                     Msg User Ref.    108: TJBSRM4080
                     Validation       119:
Sender's Ref.        *20    : TT21B00003981/07
* * Repeatable Sequence 001 * * * * * * * * * * * * * * *  Occurre
Bank Operation Code  *23 B  : CRED
* * Repeatable Sequence 002 * * * * * * * * * * * * * * *  Occurre
Settlement Amount    *32 A  : Date 071009 Currency USD Amount 388.67
Instructed Amount     33 B  :             Cur/Code USD Amount 388.82
Ordering Customer    *50 K  : /09313808094014
                              TIANJIN PORTRANS INTERNATIONAL
                              SHIPPING AGENCY CO LTD
                              B-1403 HAOWEI MANSION NO.8/3RD
                              AVENUE TEDA TIANJIN CHINA
Sender's Corr.        53 A  : BKCHCNBJXXX
                             *BANK OF CHINA
                             *BEIJING
                             *(HEAD OFFICE)
Intermediary          56 A  : CHASUS33XXX
                             *JPMORGAN CHASE BANK, N.A.
                             *NEW YORK, NY
Account with Inst.    57 A  : /15228131
                              BCYPGRAAXXX
                             *BANK OF CYPRUS PUBLIC COMPANY
                             *LIMITED
Beneficiary Customer*59     : / GR3107307020000000015228131
                              INITIUM MARITIME CORP
Remittance Info.      70    : OCEAN FREIGHT
Details of Charges   *71 A  : BEN
* * Repeatable Sequence 003 * * * * * * * * * * * * * * *  Occurre
Sender's Charges      71 F  :             Currency USD Amount 153,5
Send. to Rec. Info.   72    : /ACC/SHIPPING BRANCH-PIRAEUS
Trailer                       Order is <MAC:> <PAC:> <ENC:> <CHK:>
                              MAC:FFA12045
                              CHK:DD0B2850C4D3
```