**EXHIBIT 12**
**TO THE DECLARATION OF**
**XU NUO**

# 汇出汇款证实书

MADE BY:ORSI

## CONFIRMATION OF OUTWARD REMITTANCE

业务编号 (OUR REF): TT21B00003981/07
日 期 (DATE): 2007-10-08

致(TO): TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO LTD

下列款项我行已于即日汇出，如有问题，请速与我行联系。

WE CONFIRM THE FOLLOWING REMITTANCE HAS BEEN REMITTED AS YOU INSTRUCTED. IF YOU HAVE ANY PROBLEM, PLEASE CONTACT US AS SOON AS POSSIBLE.

支票号(CHECK NO.):

| 起息日(VALUE DATE): 2007-10-09 | 汇款金额 (REMT CCY-AMT): USD 388,671.67 |
|---|---|
| 收款人帐号/名称/地址(BENEFICIARY): /GR3107307020000000152281316INITIUM MARITIME CORP | |
| 汇款附言 (PAYMENT DETAILS):OCEAN FREIGHT | |

汇出款项 (OUTWARD REMITTANCE)

| 借记帐户 DEDUCTED A/C (S) | 借记金额 DR AMOUNT | 买入价 RATE | 等值汇款金额 EQUIVALENT | 备注 DETAILS |
|---|---|---|---|---|
| 59909313808094014 | USD388,825.20 | | USD388,825.20 | 卖出价 |
| | 0.00 | | USD0.00 | 7.520500 |

我行费用 (OUR BANKING CHGS)

| | | | |
|---|---|---|---|
| 0.00 | | 总费用 (TTL CHGS) | RMB1,150.00 |
| 付现找零金额 | RMB0.00 | 手续费 (COMM) | RMB1,000.00 |
| | | 邮电费 (POST/CABLE) | RMB150.00 |
| | | 买卖差价 (BUY/SELL) | RMB0.00 |
| | | 内扣费用 (EQ CHGS) | USD153.53 |

申报号码:

*BANK OF CHINA, TIANJIN FREE TRADE ZONE BRANCH*

*中国银行天津保税区分行*