**EXHIBIT 13
TO THE DECLARATION OF
XU NUO**

(PORTRANS AGENCY)

发件人：     "liulei" <liulei@cosfar.com>
收件人：     "Mr.Li Yi (PORTRANS AGENCY)" <liyi@portrans.com.cn>
发送时间：   2007年10月29日 10:06
主题：       船名： Mv PADRE

李毅/刘蕾

烦请贵司尽快安排替我司代收以下运费：

船名： Mv PADRE
开航日：2007-10-15
提单号：P01A-D
装港：LIANYUNGANG
卸港：SAGUNTO
货物：铸管
数量：5983.2cbm
海运费：USD496,605.60
延滞费：USD7,291.67
--------------------------------
合计:USD 503,897.27

发票抬头：连云港中远国际货运有限公司
邮寄地址：江苏省连云港市中山西路22号嘉福大厦8楼
邮编：222042
联系人：孙宏贵
电话：0518-82309512

感谢合作！

Best regards

2007-10-29