# EXHIBIT 14
# TO THE DECLARATION OF
# XU NUO

# 国际海运业船舶代理专用发票
## SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 212000772021  
Invoice Code  
发票号码 00017350  
Invoice Number

### 记 帐 联
### E N T R Y

| | | |
|---|---|---|
| 连云港中远国际货运有限公司 | 开票日期 DATE ISSUED 2007.10.29 | 开户银行 BANK 保税区中行 |
| 船名航次 SSEL/VOY. M/V PADRE | 到(离)港日期 DATE ARRIVAL (SAILED) 2007.10.16 | 帐 号 BANK ACCOUNT |
| 起运地 ORIGIN | 装船港 LOAD PORT LIANYUNGANG  卸船港 DIS. PORT JACINTO | 目的地 DESTINATION |

| 提单号 B/L NO. | 费用明细 DETAILS OF CHARGE | 数量 QUANTITY | 费率 RATE | 金额 AMOUNT CHARGED | 备注 REMARKS |
|---|---|---|---|---|---|
| P01A-D | 国际运费 | | | 503897.27 | |

| 金额合计(大写) TOTAL IN CAPITAL 美元伍拾万零叁仟捌佰玖拾柒元贰角柒分 | 合计 LUMP SUM 503897.27 |
|---|---|

| 企业签章 BUSINESS SEAL | 营业执照号 BUSINESS LICENSE NO. 1201921001368 | 经手人 ISSUED BY 蒋宏艳 | 复核 CHECKED BY 张小英 |
|---|---|---|---|
| 地址 ADDRESS 天津港运国际船舶代理有限公司 | 税务登记号 TAX REGISTRY NO. 120116746657504 | (手开无效) HAND WRITING NULL AND VOID. | |
| 电话 TEL: 022-62006766 | | | |

HUSD401817.80  
运费已付 11月6日

2007  11  02

港运国际船舶代理有限公司  
59909313808094014

USD : 503,897.27     0.000000     USD: 503,897.27  
TE0010700335864

发报行 :44526    连云港市核电站支行  
20 场编号 :  
汇出日期 :2007-11-02         21 场编号 :  
汇款人帐号 :90699966669991014    汇出编号 :526070  
汇款人名称 :连云港中远国际货运有限公司 08009008091014

付款详情 :B245452607015796        运费

附 言 :

00

我行已贷记贵账号 :59909313808094014  
天津港运国际船舶代理有限公司



货款已付 月 日