**EXHIBIT 15
TO THE DECLARATION OF
XU NUO**

境外汇款申请书
APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

日期 Date: ___

| | | |
|---|---|---|
| ☑ 电汇 T/T  ☐ 票汇 D/D  ☐ 信汇 M/T | 发电等级 Priority | ☑ 普通 Normal  ☐ 加急 |

| | | | |
|---|---|---|---|
| BOP Reporting No. | 735400 | 5667 20 | 671166 |
| 银行业务编号 Bank Transac. Ref.No | TT21B04465/2 | 收电行/付款行 Receiver/Drawn on | Bank of China Tianjin Free Trade Zone |
| 32A 汇款币种及金额 Currency & Interbank Settlement Amount | USD 601377.50 | 金额大写 Amount in Words | 美元陆拾零零零柒拾柒伍角 |
| 现汇金额 Amount in FX | USD 601877.50 | 账号 Account No./Credit Card No. | 8599-09313808094014 |
| 购汇金额 Amount of Purchase | | 账号 Account No./Credit Card No. | |
| 其他金额 Amount of Others | | 账号 Account No./Credit Card No. | |

50a 汇款人名称及地址 Remitter's Name & Address:
Tianjin portrans international shipping agency co ltd.
A1-1008 TEDA Xintiandi Building ... TEDA, Tianjin China

☑ 对公 组织机构代码 Unit Code [_____]-_   ☐ 对私   ☐ 中国居民个人 Resident Individual   ☐ 中国非居民个人 Non-Resi

54/56a 收款银行之代理行名称及地址 Correspondent of Beneficiary's Bank Name & Address:
INTERMEDIARY BANK: BANK OF AMERICA, N.A., NEW YORK U.S.
BENE'S BANK A/C NO.: 6550-4-90452

57a 收款人开户银行名称及地址 Beneficiary's Bank Name & Address:
THE BANK OF EAST ASIA, LIMITED HONG KONG
BENE'S A/C NO.: 015-514-15-09020-0

59a 收款人名称及地址 Beneficiary's Name & Address:
PROSPER SHIPPING LIMITED

70 汇款附言 Remittance Information (只限140个字位 Not Exceeding 140 Characters):
☐ 汇款人 OUR   ☑ 收款人 BEN
All Bank's Charges If Any Are To B...

收款人常驻国家(地区)名称及代码 Resident Country/Region Name & Code: 香港

请选择: ☐ 预付货款 Advance Payment  ☐ 货到付款 Payment Against Delivery  ☐ 退款 Refund  ☑ 其他 Others

| 交易编码 BOP Transac. Code | 221013 | 相应币种及金额 Currency & Amount | 6401723.5 | 交易附言 Transac. Remark | |

是否为进口核销项下付款  ☐ 是  ☐ 否   合同号: ___   发票号: ___

外汇局批件/备案表号: ___   报关单经营单位代码: ___

报关单号: ___   报关单币种及总金额: ___   本次核注金额: ___

Total Charges: 6140
支付费用方式 In Payment of the Remittance: ☐ 现金 by Cash  ☐ 支票 by Check  ☑ 账户 from Account

申请人姓名 Name of Applicant: ___
电话 Phone No.: ___

核准人签字 Authorized Person
日期 Date: ___

填写前请仔细阅读各联单面条款及填报说明
Please read the conditions and instructions overleaf before filling in this application