**EXHIBIT 16**
**TO THE DECLARATION OF**
**XU NUO**

```
:21:12                                                          Logical Termi
                  Single Customer Credit Transfer
{1:F21BKCHCNBJA200157552106 4}{4:{177:0711061620}{451:0}{1
 Header          F  01 BKCHCNBJA200 1575 521064
ication Header   I 103 BKCHUS33XXXX N
                       *BANK OF CHINA
                       *NEW YORK,NY
User Header         Service Code      103:
                    Bank. Priority    113:
                    Msg User Ref.     108: TJBSRM5860
                    Validation        119:
Sender's Ref.       *20     : TT21B00004465/07
* * Repeatable Sequence 001 * * * * * * * * * * * * * * *  Occurre
Bank Operation Code *23 B : CRED
* * Repeatable Sequence 002 * * * * * * * * * * * * * * *  Occurre
Settlement Amount   *32 A : Date 071106 Currency USD Amount 401.7
Instructed Amount    33 B :             Cur/Code USD Amount 401.8
Ordering Customer   *50 K : /09313808094014
                            TIANJIN PORTRANS INTERNATIONAL
                            SHIPPING AGENCY CO LTD
                            B-1403 HAOWEI MANSION NO.8/3RD
                            AVENUE TEDA TIANJIN CHINA
Sender's Corr.       53 A : BKCHCNBJXXX
                           *BANK OF CHINA
                           *BEIJING
                           *(HEAD OFFICE)
Intermediary         56 A : BOFAUS3NXXX
                           *BANK OF AMERICA, N.A.
                           *NEW YORK,NY
Account with Inst.   57   /6550-4-90452
                            BEASHKHHXXX
                           *BANK OF EAST ASIA,LIMITED,THE
                           *HONG KONG
Beneficiary Customer*59     : / 015-514-25-09020-0
                            PROSPER SHIPPING LIMITED
Remittance Info.     70     : OCEAN FREIGHT
Details of Charges  *71 A : BEN
* * Repeatable Sequence 003 * * * * * * * * * * * * * * *  Occurre
Sender's Charges     71 F :             Currency USD Amount 154,5
Trailer                     Order is <MAC:> <PAC:> <ENC:> <CHK:>
                            MAC:B64CF5C9
                            CHK:7DAE5F7C0CFC
```