# EXHIBIT 17
## TO THE DECLARATION OF
## XU NUO

Case 1:07-cv-09682-JFK   Document 37-21   Filed 01/30/2008   Page 1 of 2

