**EXHIBIT 18**
**TO THE DECLARATION OF**
**XU NUO**

**GPS 大连金海安国际货运有限公司**

Dalian Golden Pacific Sea Int'l Transportation Co Ltd

Tel: 86-411 82837390 Fax:86-411 82837380

TO:天津港运国际船舶代理有限公司 Tianjin Portrans International Shipping Agency Co. Ltd

ATTN:MR. 冯林强 Feng Lin Qiang

FM:大连金海安国际货运有限公司 Dalian Golden Pacific Sea Int'l Transportation Co. Ltd

DD:30ᵀᴴ NOV 2007

RE:M/V FU ZHOU V.0707

Dear Manager Fung :

冯经理,您好：Please collect delivery charges of MV "Fu Zhou" on our behalf.

请贵司替我司收取 "福州轮" 海运费,具体内容如下：

Payable to :

AA) 发票抬头:唐山钢铁集团有限责任公司 Tangshan Iron & Steel Group Co. Ltd

Weight of goods 货物重量:5,939.03 吨钢材

Unit price 货物单价:USD28.00/吨

Total delivery charges 总 运 费:USD166,292.84

Loading Port 装 货 港:京唐港 Jiantang Seaport

Port of discharge 卸 货 港:越南 海防 Vietnam Haiphong

Vessel Name 船名:MV FU ZHOU

Postal address 邮寄地址:河北省唐山市建设路 81 号 no.81, Jianshe Road, Tangshan City, Hubei Province.

Addressed to 收件人:唐钢进出口公司 出口科 张丰华 先生 Tanggang Import & Export Company,

Postal Code 邮编:063000 Export Department, Mr. Zhang Feng Hua

Tel. no 电话:0315-2793352

Payable to :

BB) 发票抬头:宁波远大国际贸易有限公司 Ningbo Yuanda Int'l trading Co. Ltd

Weight 货物重量:12,464.559 吨钢材

Unit Price 单 价:USD31.50/吨

Total Delivery Charge 总 运 费:USD392,633.61

Port of Loading 装 货 港:京唐港 Jiantang Seaport

Port of Discharge 卸 货 港:越南 海防 Vietnam Haiphong

Vessel Name 船 名:MV FU ZHOU