**EXHIBIT 19
TO THE DECLARATION OF
XU NUO**

# GOLDEN PACIFIC SEA (H.K) GROUP LTD

## AUTHORIZATION

SENT DATE: December 7, 2007

SUBJECT: THE EXPORT OCEAN FREIGHT OF MV" FU ZHOU"

TO: TIAN JIN PORTRANS INT' L SHIPPING AGENCY CO., LTD

GOOD DAY:

WE "GOLDEN PACIFIC SEA (H.K)GROUP LTD", HEREBY APPOINT YOUR GOOD COMPANY AS OUR AGENT THERE TO ARRANGE HER LDG FRT USD558,620.45 OF MV" FU ZHOU" ON OUR BEHALF AND REMIT IT TO OUR NOMINATED BANK ACCOUNT AS MARKED, THANK YOU VERY MUCH FOR YOUR KIND COOPERATION DURING SUBJ VSL STAY AT YR SIDE.

OUR BANK ACCOUNT AS FOLLOWING:

-. CORR' BANK    : CITIBANK N.A., NEW YORK(CHIPS ABA:0008)
           CHIPS UID:298375
-. ACCOUNT BANK: CHINA MERCHANTS BANK, HEAD OFFICE, SHENZHEN, P.R.CHINA
-. USD A/C NO.   : OSA0884518532001
-. BENIFICIARY  : GOLDEN PACIFIC SEA (H.K) GROUP LTD
-. SWIFT CODE    : CMBCCNBS

THKS N BRGDS.

For and on behalf of
GOLDEN PACIFIC SEA (HK) GROUP LIMITED
金海安(香港)集团有限公司

..................................................
Authorised Signature(s)