# EXHIBIT 20
# TO THE DECLARATION OF
# XU NUO

# GOLDEN PACIFIC SEA (H.K) GROUP LTD

## INVOICE

| LDG PORT: JINGTANG OF CHINA | DISCHG PORT: HOCHIMINH |
|---|---|

| | |
|---|---|
| DATE OF ISSUE: | |
| PLACE OF ISSUE: | TIANJIN XINGANG |
| NAME OF SHIP: | MV "FU ZHOU" |
| TO: | TIANJIN PORTRANS INT'L SHIPPING AGENCY CO., LTD |
| INVOICE NO.: | V.0707 |

| DESCRIPTION | OCEAN FREIGHT |
|---|---|
| 18,403.589MT HOT STEEL COIL | USD558,620.45 |
| TOTAL AMOUNT IN USD | USD558,620.45 SAY: US.DOLLAR FIVE HUNDRED FIFTY EIGHT THOUSAND SIX HUNDRED AND TWENTY POINT FORTY FIVE CENTS ONLY. |

For and on behalf of
GOLDEN PACIFIC SEA (HK) GROUP LIMITED
金海安(香港)集团有限公司

E.&.O.E. _____
Authorised Signature(s)

DATE: 7 December 2007

运费已付12月11日