# EXHIBIT 21
# TO THE DECLARATION OF
# XU NUO



DEDUCT US$6
FREIGHT

→ TIANJIN PORTRANS INT'L SHIPPING AGENCY CO., LTD.

国际海运业船舶代理专用发票
SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 21200077202
Invoice Code

发票号码 00017370
Invoice Number

付款单位 / PAYER: NINGBAO YUANDA INT'L TRADING CO., LTD.
宁波远大国际贸易有限公司

开票日期 / DATE ISSUED: 2007.11.30

开户银行 / BANK: BONDED ZONE BANK OF CHINA
保税区中行

船名/航次 VESSEL/VOY.: M/V RU ZHOU  0702
到(离)港日期 / DATE ARRIVAL (SAILED):
帐号 / BANK ACCOUNT:

起运地 / ORIGIN:
装船港 / LOAD PORT: JING TANG PORT 京唐港
卸船港 / DIS. PORT: VIETNAM HAIPONG 越南 海防
目的地 / DESTINATION:

| 提单号 B/L NO. | 费用明细 DETAILS OF CHARGE | 数量 QUANTITY | 费率 RATE | 金额 AMOUNT CHARGED | 备注 REMARKS |
|---|---|---|---|---|---|
| | 国际运费 INTERNATIONAL FREIGHT | 12464.559 | 31.50 | 392633.01 | TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. INVOICE STAMP |
| TAX NO. | | | | | |

金额合计(大写) TOTAL IN CAPITAL: US$392,633.61
合计 LUMP SUM: 392633.01

营业执照号 BUSINESS LICENSE NO.: 1201021001368
税务登记号 TAX REGISTRY NO.: 120116746657594

经手人 ISSUED BY: 蒋宏伯
复核 CHECKED BY: 张书英
(手开无效) HAND WRITING NULL AND VOID.

营业签章 BUSINESS SEAL
地址 ADDRESS: 天津港运国际船舶代理有限公司
电 022-67006788

→ TIANJIN PORTRANS INT'L SHIPPING AGENCY CO., LTD.

天津港运国际船舶代理有限公司　TIANJIN PORTRANS INTERNATIONAL
8599093138080940l4　　　　　　SHIPPING AGENCY CO., LTD.

USD: 166,292.84   0.000000   USD: 166,292.84

TE0010700377174

YARD REF. TANGSHAN BRANCH
发报行 :40767　唐山分行　　YARD REF.
20 场编号 :　　　　　　　　21 场编号 :
DATE OF REMITTANCE 汇出日期 :2007-12-07　汇出编号 :767070
　　　　　　　　　　　　　　　　　　　　REMITTANCE REF.
REMITTER'S A/C 汇款入帐号 :471999901019991014
REMITTER'S NAME 汇款入名称 :唐山钢铁集团有限责任公司进出口公司
　　　　　　　　　TANGSHAN IRON & STEEL GROUP CO., LTD.

PAYMENT DETAILS 付款详情 :B245076707020376　　海运费 FREIGHT

REMARKS 附　言 :　　　　　　00

我行已贷记费账号 :599093138080940l4
天津港运国际船舶代理有限公司
YOUR CREDIT A/C NO.
TIANJIN PORTRANS INTERNATIONAL (2-1)
SHIPPING AGENCY CO., LTD.

---

国 际 海 运 业 船 舶 代 理 专 用 发 票
SPECIAL INVOICE FOR INTERNATIONAL SHIPPING AGENCY

发票代码 21200077202  Invoice Code
发票号码 00017369    Invoice Number

付款单位 PAYER: TANGSHAN IRON & STEEL GROUP CO., LTD. 唐山钢铁集团有限责任公司
开票日期 DATE ISSUED: 2007.11.30
开户银行 BANK: BONDED ZONE 保税区中行 BANK OF CHINA

船名/航次 VESSEL/VOY: M/V FU ZHOU 0707
到(离)港日期 DATE ARRIVAL (SAILED):
帐号 BANK ACCOUNT: 

起运地 ORIGIN:    装船港 LOAD PORT: JING TANG PORT 京唐港   卸船港 DIS. PORT: VIETNAM HAIPONG 越南 海防   目的地 DESTINATION:

| 提单号 B/L NO. | 费用明细 DETAILS OF CHARGE | 数量 QUANTITY | 费率 RATE | 金额 AMOUNT CHARGED | 备注 REMARKS |
|---|---|---|---|---|---|
| | 国际运费 INTERNATIONAL FREIGHT | 5039.03 TON | 28.00 | 166292.84 | TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. INVOICE STAMP |

金额合计(大写) TOTAL IN CAPITAL: 美元壹拾陆万陆仟贰佰玖拾贰元捌角肆分
合计 LUMP SUM: 166292.84

业签章 BUSINESS SEAL:   营业执照号 BUSINESS LICENSE NO.: 1201021001368   经手人 ISSUED BY: 蒋宏拍   复核 CHECKED BY: 张长光
地址 ADDRESS: 天津港运国际船舶代理有限公司   税务登记号 TAX REGISTRY NO.: 120110746657594