# EXHIBIT 22
# TO THE DECLARATION OF
# XU NUO

# 境外汇款申请书
## APPLICATION FOR FUNDS TRANSFER (OVERSEAS)

致: 中国银行  
TO: BANK OF CHINA

日期 Date: 2007.12

☑ 电汇 T/T ☐ 票汇 D/D ☐ 信汇 M/T  
发电等级 Priority: ☑ 普通 Normal ☐ 加急 Urgent

| | | |
|---|---|---|
| 20 | TT21304PP2/.5 | 收款行 Bank of China Tianjin Free Trade Zone Branch |
| 32A 汇款币种及金额 Currency & Interbank Settlement Amount | USD 158620.45 | 金额大写 Amount in Words |
| 现汇金额 Amount in FX | USD 158620.45 | 账号 Account No./Credit Card No. 8599-09313808094014 |
| 购汇金额 Amount of Purchase | | |
| 其他金额 Amount of Others | | |
| 50a 汇款人名称及地址 Remitter's Name & Address | Tianjin portrans international shipping agency co ltd A3-1008 TEDA Xintiandi Building, Nanhai Road, TEDA, Tianjin China | |
| ☑ 对公 组织机构代码 Unit Code: 74665750 | | ☐ 中国居民个人 Resident Individual ☐ 中国非居民个人 Non-Resident Individual |
| 54/56a 收款银行之代理行 名称及地址 Correspondent of Beneficiary's Bank Name & Address | CITIBANK N.A. NEW YORK (CHIPS ABA:0008 CHIPS UID:298375) | |
| 57a 收款人开户银行 名称及地址 Beneficiary's Bank Name & Address | CHINA MERCHANTS BANK, HEAD OFFICE, SHENZHEN, P.R.CHINA SWIFT CODE: CMBCCNBS | |
| 59a 收款人账号 Bene's A/C No. | A/C OSA0884518532001 | |
| 收款人名称及地址 Beneficiary's Name & Address | GOLDEN PACIFIC SEA (H.K) GROUP LTD | |
| 70 汇款附言 Remittance Information | | All Bank's Charges If Any Are To Be Borne By ☐ 汇款人 OUR ☑ 收款人 BEN ☐ 共同 SHA |

Applicant's Signature / Authorized Person

Please Effect The Upwards Remittance Subject To The Conditions Overleaf