# EXHIBIT 23
# TO THE DECLARATION OF
# XU NUO

```
2007DEC11 16:27:48                                          Logical Terminal CP24
MT S103                Single Customer Credit Transfer               Page 00001
                                                                     Func TJBSRM
MSGACK  {1:F21BKCHCNBJA2001586038429}{4:{177:0712111626}{451:0}{108:TJBSRM7481}
Basic Header            F  01 BKCHCNBJA200 1586 038429
Application Header      I 103 BKCHUS33XXXX N
                              *BANK OF CHINA
                              *NEW YORK,NY
User Header             Service Code      103:
                        Bank. Priority    113:
                        Msg User Ref.     108: TJBSRM7481
                        Validation        119:
Sender's Ref.           *20    : TT21B00004992/07
* * Repeatable Sequence 001 * * * * * * * * * * * * * * *  Occurrence 00001
Bank Operation Code *23 B : CRED
* * Repeatable Sequence 002 * * * * * * * * * * * * * * *  Occurrence 00001
Settlement Amount       *32 A : Date 071211 Currency USD Amount 558.464,33
Instructed Amount        33 B :             Cur/Code USD Amount 558.620,45
Ordering Customer       *50 K : /09313808094014
                                TIANJIN PORTRANS INTERNATIONAL
                                SHIPPING AGENCY CO LTD
                                B-1403 HAOWEI MANSION NO.8/3RD
                                AVENUE TEDA TIANJIN CHINA
Sender's Corr.           53 A : BKCHCNBJXXX
                               *BANK OF CHINA
                               *BEIJING
                               *(HEAD OFFICE)
Intermediary             56 A : CITIUS33XXX
                               *CITIBANK N.A.
                               *NEW YORK,NY
Account with Inst.       57 A : CMBCCNBSXXX
                               *CHINA MERCHANTS BANK
                               *SHENZHEN
                               *(HEAD OFFICE)
Beneficiary Customer*59    : / OSA08845185320001
                                GOLDEN PACIFIC SEA(H.K)GROUP LTD
Remittance Info.         70    : OCEAN FREIGHT
Details of Charges      *71 A : BEN
* * Repeatable Sequence 003 * * * * * * * * * * * * * * *  Occurrence 00001
Sender's Charges         71 F :             Currency USD Amount 156,12
Trailer                         Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                                MAC:4DC09A53
                                CHK:777D1AFF00EC
```