# EXHIBIT 24
# TO THE DECLARATION OF
# XU NUO

汇出汇款证实书    MADE BY:ORS1

CONFIRMATION OF OUTWARD REMITTANCE

业务编号 (OUR REF): TT21B00004992/07
日期 (DATE): 2007-12-11

致(TO): TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO LTD

下列款项我行已于即日汇出，请有同题，请速与我行联系。
WE CONFIRM THE FOLLOWING REMITTANCE HAS BEEN REMITTED AS YOU INSTRUCTED. IF YOU HAVE ANY
PROBLEM, PLEASE CONTACT US AS SOON AS POSSIBLE.    支票号(CHECK NO.):

起息日 (VALUE DATE): 2007-12-11    汇款金额 (REMT CCY-AMT): USD 558,464.33

收款人账号/名称地址(BENEFICIARY): /OSA086451853200L/-GOLDEN PACIFIC(H.K)GROUP LTD

汇款附言 (PAYMENT DETAILS)=OCEAN FREIGHT

| 借记账户 DEDUCTED A/C (S) | 借记金额 DR AMOUNT | 汇出款项 (OUTWARD REMITTANCE) | | 备注 DETAILS |
|---|---|---|---|---|
| 5990931380809440J4 | USD558,620.45 | 汇款证实金额 SALE-T | USD558,620.45 | 买出价 |
| | 0.00 | | USD0.00 | 7.395800 |
| | 0.00 | 我行费用 (OUR R... CHGS) | | 总费用 (TTL CHGS) RMB1,150.00 |
| | | | | 手续费 (COMM) RMB1,000.00 |
| | | | | 邮电费 (POST/CABLE) RMB150.00 |
| | | | | 买卖差价 (BUY/SELL) RMB0.00 |
| | | | | 折扣费用 (EQ CHGS) USD156.12 |

付汇找零金额 RMB0.00

BANK OF CHINA, TIANJIN FREE TRADE
ZONE BRANCH

中国银行天津保税区分行

申报号码: