CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PADRE SHIPPING, INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PADRE SHIPPING, INC.,

                    Plaintiff,

    v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
PROSPER SHIPPING LIMITED;
SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD.;
AEGEAN CARRIERS SA;
GOLDED TAI SHIPPING LIMITED;
SOUTH AEGEAN SHIPPING;
OLD EASTERN MEDITERRANEAN CO., SA;
CHANGSHU HOTHEART INTERNATIONAL
SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

                    Defendants.
------------------------------------------------------------X

07 CV 9682 (JFK)

**PARTIAL VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. RULE 41(a)**

      At the Plaintiff's Request, and in accordance with Federal Rule of Civil Procedure, Rule 41 (a) (2), it is hereby ORDERED:

      The above-entitled action is hereby voluntarily dismissed with prejudice by Plaintiff, PADRE SHIPPING, INC., as to the Defendants PROSPER SHIPPING

LIMITED; SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD.; and GOLDED TAI SHIPPING LIMITED. Defendants PROSPER SHIPPING LIMITED, SHANGHAI COSFAR SHIPPING INTERNATIONAL CO. LTD. and GOLDED TAI SHIPPING LIMITED have not appeared, answered, or filed a motion for summary judgment in this action, and there have been no cross claims asserted against these particular Defendants by any other party to this action. In connection with this partial voluntary dismissal as to certain defendants, no costs are to be assessed to any party.

It is further ORDERED:

That this action is maintained, and it continues pending, as to the other Defendants, namely, YONG HE SHIPPING, A/KA/ YONG HE SHIPPING (HK) LIMITED, AEGEAN CARRIERS SA, SOUTH AEGEAN SHIPPING, OLD EASTERN MEDITERRANEAN CO., SA, CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY, TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. and LIANYUNGANG FAREAST INTERNATIONAL SHIPPING.

Dated: New York, New York
       May 5 ~~April~~, 2008

_John F. Keenan_
John F. Keenan, U.S.D.J.