CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PADRE SHIPPING, INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PADRE SHIPPING, INC.,

              Plaintiff,

   v.

YONG HE SHIPPING, also known as,
YONG HE SHIPPING (HK) LIMITED;
PROSPER SHIPPING LIMITED;
SHANGHAI COSFAR SHIPPING
INTERNATIONAL CO. LTD.;
AEGEAN CARRIERS SA;
GOLDED TAI SHIPPING LIMITED;
SOUTH AEGEAN SHIPPING;
OLD EASTERN MEDITERRANEAN CO., SA;
CHANGSHU HOTHEART INTERNATIONAL
SHIPPING AGENCY;
TIANJIN PORTRANS INTERNATIONAL
SHIPPING AGENCY CO., LTD. and,
LIANYUNGANG FAREAST INTERNATIONAL
SHIPPING,

              Defendants.
-----------------------------------------------------------X

07 CV 9682 (JFK)

NOTICE OF
VOLUNTARY DISMISSAL
AS TO REMAINING
DEFENDANTS
AND ORDER DISMISSING
THE ACTION IN ITS
ENTIRETY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-8-08

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, PADRE SHIPPING, INC., as to the remaining Defendants, YONG HE SHIPPING, also known as, YONG HE SHIPPING (HK)

LIMITED, AEGEAN CARRIERS SA, SOUTH AEGEAN SHIPPING, OLD EASTERN MEDITERRANEAN CO., SA, CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY, and LIANYUNGANG FAREAST INTERNATIONAL SHIPPING, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. These Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated January 8, 2008, is hereby vacated.

As such, with no Defendants remaining in this action, the above-captioned action is fully dismissed and may be removed from the docket by the Clerk of the Court.

Dated: Port Washington, New York
July 7, 2008

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
PADRE SHIPPING, INC.

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: 516-767-3600
Fax: 516-767-3605

**SO ORDERED:**
Dated: New York, New York
July 8, 2008

SO ORDERED:

_____
Hon. John F. Keenan, U. S. D. J.